B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida, Tampa Division | **Voluntary Petition** |

**Name of Debtor** (if individual, enter Last, First, Middle):
Scrub Island Development Group Limited

**Name of Joint Debtor (Spouse)** (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN
(if more than one, state all)

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
4602 Eisenhower Blvd.
Tampa, FL
ZIP Code: 33634

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Hillsborough

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP Code:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above): Tortola, British Virgin Islands

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

B1 (Official Form 1)(04/13)            Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Scrub Island Development Group Limited** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **Scrub Island Construction Limited** | Case Number: | Date Filed: |
| District: <br> **Middle District of Florida, Tampa Division** | Relationship: <br> **Related Entity** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** <br> (Check any applicable box)

- ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes)

- ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____ <br>
(Name of landlord that obtained judgment)

_____ <br>
(Address of landlord)

- ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Scrub Island Development Group Limited** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ Charles A. Postler*<br>Signature of Attorney for Debtor(s)<br><br>**Charles A. Postler, Bar No. 455318**<br>Printed Name of Attorney for Debtor(s)<br><br>**Stichter, Riedel, Blain & Prosser, P.A.**<br>Firm Name<br><br>**110 E. Madison St.**<br>**Suite 200**<br>**Tampa, FL 33602**<br>Address<br><br>**(813) 229-0144  Fax: (813) 229-1811**<br>Telephone Number<br><br>*November 19, 2013*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/*<br>Signature of Authorized Individual<br><br>**CIH Loft LLC, Director**<br>Printed Name of Authorized Individual<br><br>**By: Joe C. Collier III, Managing Member**<br>Title of Authorized Individual<br><br>*11-19-13*<br>Date | |

| | | |
|---|---|---|
| A.N. Davis Electrical<br>c/o Price Demers & Co.<br>PO Box 3331<br>Road Town, Tortola, VG1110, | Accountant General<br>31 Admin Dr.<br>Roadtown, Tortola VG1110 | Algernon Chalwell<br>PO Box 471<br>East End, Tortola VG1110, |
| Alimentaria Carlo, Inc.<br>Villas Del Sol<br>Calle Merida<br>Carolina, PR 00985 | AP&J<br>1122 Gunn Highway<br>Odessa, FL 33655 | Atlantic Southern<br>P.O. Box 469<br>Roadtown, Tortola VG1110 |
| Baker Tilley BVI Limited<br>PO Box 650<br>Tropic Isle<br>Roadtown, Tortola VG1110, | Bob's Gas & Service Center<br>PO Box 2994<br>Roadtown, Tortola VG1110, | Burkes Garage Ltd<br>PO Box 311<br>Roadtown, Tortola VG1110 |
| BVI Courtesy Services<br>PO Box 3124<br>Roadtown, Tortola VG1110 | BVI Electricity<br>PO Box 268<br>Roadtown, Tortola VG1110 | BVI Pest Control<br>PO Box 1109<br>The Valley, Virgin Gorda VG1150 |
| Cable and Wireless BVI Ltd.<br>P.O. Box 3169<br>Roadtown, Tortola VG1110 | Caribbean Cellars<br>PO Box 3063<br>Roadtown, Virgin Gorda VG1110 | Caribbean Cellular Telephone<br>PO Box 267<br>Geneva PL<br>Roadtown, Tortola VG1110 |
| Caribbean Technology<br>P.O. Box 345<br>Roadtown, Tortola VG1110 | Caribbean Waterworks<br>402 Progress Road<br>Auburndale, FL 33823 | CDW Direct<br>P.O. Box 75723<br>Chicago, IL 60675 |
| Clarence Thomas LTD<br>PO Box 56<br>Roadtown, Tortola VG1110, | Clondalkin Group<br>PO Box 250<br>Pinellas Park, FL 33780 | Consolidated Graphic<br>P.O. Box A<br>Bridgeville, PA 15017 |
| Corea's Business Services<br>PO Box 107<br>Roadtown, Tortola VG1110, | Delta Petroleum<br>PO Box 3318<br>Pasea, Tortola VG1110, | Digicel<br>P.O. Box 4168<br>Roadtown, Tortola VG1110 |
| Yvon Dixon c/o Maximea<br>JR O'Neal Bld., 80 Main St.<br>P.O. Box 4696<br>Roadtown, Tortola VG1110 | DMX, INC<br>PO Box 602777<br>Charlotte, NC 28260-2777 | Elite Luxury Publishing, Inc.<br>708 Third Avenue, 10th Floor<br>New York, NY 10017 |
| Enjoy Life<br>PMB 370<br>1353 St 19<br>Guaynabo, PR 00966-2700 | Express Printing Center<br>2355 Raden Drive<br>Land O Lakes, FL 34639 | FirstBank Puerto Rico<br>Road Town<br>Tortola, British Virgin Islands, |

FirstBank Puerto Rico
1519 Ponce de Leon Ave.
San Juan, Puerto Rico 0090

FirstBank Puerto Rico
c/o Josias N. Dewey, Esq.
701 Brickell Ave., #3000
Miami, FL 33131

Joseph Frett
c/o Orion Law
Jayla Place, PO Box 216
Road Town, Tortola, VG1110,

Global Choice
Russell Mews
Brighton BN12NR
United Kingdom,

Elaine Hodge
PO Box 228
Roadtown, Tortola VG1110,

ICT Management Serviced Ltd
PO Box 2221
Roadtown, Tortola VG1110,

Inland Revenue
Road Town, Tortola, VG1110,

Innovative Spa Management
520 Henderson Road
Asheville, NC 28803

Island Paints
PO Box 701
Pasea Estate
Roadtown, Tortola VG1110,

Island Publishing
PO Box 133
Roadtown, Tortola VG1110,

Island Sun
PO Box 21
Roadtown, Tortola VG1110,

K Mark's Foods Ltd
PO Box 830
Roadtown, Tortola VG1110,

KLR Service
4392 Anna's Retreat, #4
St. Thomas, VI 00802

L&C Poultry & Pig Plus
PO Box 4267
Roadtown, Tortola VG1110,

L'Occitane, Inc.
1430 Broadway
2nd Floor
New York, NY 10018

La Baguette Bakery
PO Box 4831
Roadtown, Tortola VG1110,

Last Stop Sports
P.O. Box 993
Roadtown, Tortola VG1110

Mainsail B.V.I. Limited
4602 Eisenhower Blvd
Tampa, FL 33634

Mainsail BVI Property Management, LLC
4602 Eisenhower Blvd.
Tampa, FL 33634

Mainsail Central, LLC
4602 Eisenhower Blvd
Tampa, FL 33634

Mainsail Development International
4602 Eisenhower Blvd.
Tampa, FL 33634

Mainsail Management Group
4602 Eisenhower Blvd
Tampa, FL 33634

Mainsail Suites Hotel
4602 Eisenhower Blvd
Tampa, FL 33634

Marriott Execustay
4602 Eisenhower Blvd
Tampa, FL 33634

Marriott International, Inc.
c/o Lisa Greenlees, Esquire
10400 Fernwood Rd.
Bethesda, MD 20817

MHLSC Management
c/o Michael McCann
3004 Georgetown
Houston, TX 77005

Minine's Plants
PO Box 2828
East End, Beef Island,

Newmarket International
PO Box 845707
Boston, MA 02284

O'Neal & Mundy Shipping Co
PO Box 61
Pasea Estate, Tortola VG1110

Proudly African
#e Catherine Christopher Bldg
Roadtown, Tortola VG1110,

| | | |
|---|---|---|
| PTANA - New Englad Chapter<br>33 Bedford St #5<br>Lexington, MA 02420 | Pure Dogz c/o Farara Kerins<br>125 Main Street<br>PO Box 144<br>Road Town, Tortola, VG1110, | Rafael Carillo<br>Calle 31 SO #856<br>Urb Las Lomas<br>San Juan, PR 00921 |
| Roadtown Wholesale<br>PO Box 706<br>Roadtown, Tortola VG1110, | Romney Associates<br>PO Box 437<br>Roadtown, Tortola VG1110, | Sailors Ketch<br>PO Box 527<br>East End, Tortola VG1110, |
| San Juan Marriott<br>1309 Ashford Ave<br>San Juan, PR 00907 | Elvis Scatliffe<br>PO Box 3099<br>Roadtown, Tortola VG1110, | Scrub Island Utility (BVI) Ltd<br>2401 NE 18th Terrace Ste B<br>Gainesville, FL 32609 |
| Supa Valu Ltd<br>PO Box 820<br>Roadtown, Tortola VG1110, | Tico<br>PO Box 278<br>Roadtown, Tortola VG1110, | Travelers<br>CL Remittance Center<br>PO Box 660317<br>Dallas, TX 75266-0317 |
| Tropical Shipping<br>PO Box 198301<br>Atlanta, GA 30384-8301 | United Healthcare Insurance<br>22703 Network Place<br>Chicago, IL 60673 | Withers Worldwide<br>10890 NW 29th St.<br>Miami, FL 33172 |