B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **Scrub Island Development Group Limited**  
                                    Debtor(s)

Case No. _____  
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mainsail Management Group<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | Mainsail Management Group<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | | | 1,464,091.31 |
| Mainsail B.V.I. Limited<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | Mainsail B.V.I. Limited<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | | | 1,174,358.00 |
| Marriott International, Inc.<br>c/o Lisa Greenlees, Esquire<br>10400 Fernwood Rd.<br>Bethesda, MD 20817 | Marriott International, Inc.<br>c/o Lisa Greenlees, Esquire<br>10400 Fernwood Rd.<br>Bethesda, MD 20817 | | | 453,079.00 |
| Mainsail BVI Property Management, LLC<br>4602 Eisenhower Blvd.<br>Tampa, FL 33634 | Mainsail BVI Property Management, LLC<br>4602 Eisenhower Blvd.<br>Tampa, FL 33634 | | | 294,421.97 |
| Mainsail Development International<br>4602 Eisenhower Blvd.<br>Tampa, FL 33634 | Mainsail Development International<br>4602 Eisenhower Blvd.<br>Tampa, FL 33634 | | | 249,766.58 |
| BVI Electricity<br>PO Box 268<br>Roadtown, Tortola VG1110 | BVI Electricity<br>PO Box 268<br>Roadtown, Tortola VG1110 | | | 185,048.53 |
| Joseph Frett<br>c/o Orion Law<br>Jayla Place, PO Box 216<br>Road Town, Tortola, VG1110 | Joseph Frett<br>c/o Orion Law<br>Jayla Place, PO Box 216<br>Road Town, Tortola, VG1110 | | | 161,656.25 |
| Enjoy Life<br>PMB 370<br>1353 St 19<br>Guaynabo, PR 00966-2700 | Enjoy Life<br>PMB 370<br>1353 St 19<br>Guaynabo, PR 00966-2700 | | | 120,000.00 |
| Mainsail Central, LLC<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | Mainsail Central, LLC<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | | | 77,110.74 |
| K Mark's Foods Ltd<br>PO Box 830<br>Roadtown, Tortola VG1110 | K Mark's Foods Ltd<br>PO Box 830<br>Roadtown, Tortola VG1110 | | | 39,525.14 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Scrub Island Development Group Limited**  
                         Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| O'Neal & Mundy Shipping Co<br>PO Box 61<br>Pasea Estate, Tortola VG1110 | O'Neal & Mundy Shipping Co<br>PO Box 61 | | | 29,769.11 |
| ICT Management Serviced Ltd<br>PO Box 2221<br>Roadtown, Tortola VG1110 | ICT Management Serviced Ltd<br>PO Box 2221<br>Roadtown, Tortola VG1110 | | | 25,347.43 |
| L'Occitane, Inc.<br>1430 Broadway<br>2nd Floor<br>New York, NY 10018 | L'Occitane, Inc.<br>1430 Broadway<br>2nd Floor<br>New York, NY 10018 | | | 21,970.53 |
| Mainsail Suites Hotel<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | Mainsail Suites Hotel<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | | | 18,572.47 |
| Supa Valu Ltd<br>PO Box 820<br>Roadtown, Tortola VG1110 | Supa Valu Ltd<br>PO Box 820<br>Roadtown, Tortola VG1110 | | | 18,369.51 |
| Delta Petroleum<br>PO Box 3318<br>Pasea, Tortola VG1110 | Delta Petroleum<br>PO Box 3318<br>Pasea, Tortola VG1110 | | | 16,364.65 |
| Atlantic Southern<br>P.O. Box 469<br>Roadtown, Tortola VG1110 | Atlantic Southern<br>P.O. Box 469<br>Roadtown, Tortola VG1110 | | | 15,763.73 |
| Digicel<br>P.O. Box 4168<br>Roadtown, Tortola VG1110 | Digicel<br>P.O. Box 4168<br>Roadtown, Tortola VG1110 | | | 9,836.88 |
| Withers Worldwide<br>10890 NW 29th St.<br>Miami, FL 33172 | Withers Worldwide<br>10890 NW 29th St.<br>Miami, FL 33172 | | | 9,726.96 |
| Marriott Execustay<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | Marriott Execustay<br>4602 Eisenhower Blvd<br>Tampa, FL 33634 | | | 9,212.89 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Scrub Island Development Group Limited**            Case No.   _____

                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, Joe C. Collier III, Managing Member of CIH Loft LLC, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **11-19-13**                     Signature   _/s/ Joe C. Collier III_____
                                                                                   CIH Loft LLC, Director
                                                                                    By: Joe C. Collier III, Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                          18 U.S.C. §§ 152 and 3571.