**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    **Chapter 11**

**SCRUB ISLAND DEVELOPMENT**
**GROUP LIMITED,**                          **Case No. 8:13-bk-15285-MGW**

       **Debtor.**

_____/

### DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

Scrub Island Development Group Limited ("**SIDG**") and Scrub Island Construction Limited ("**SICL**" and together with SIDG, the "**Debtors**"), as debtors and debtors in possession, by and through their undersigned attorneys, pursuant to Local Rule 2081-1(b), hereby file their Joint Chapter 11 Case Management Summary (the "**Summary**").[1] For their Summary, the Debtors respectfully state the following:

**Introduction**

On November 19, 2013 (the "**Petition Date**"), the Debtors filed with this Court their Voluntary Petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). Immediately following the filing of this Summary with the Court, each of the Debtors will be filing, in its respective Chapter 11 case, an emergency motion for entry of an order of this Court directing the joint administration of their

---

[1] A companion Debtors' Joint Chapter 11 Case Management Summary has been simultaneously filed in the related Chapter 11 case of Scrub Island Construction Limited, Case No. 8:13-bk-15286-MGW, which is pending before this Court.

Chapter 11 cases for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedures and Local Rule 1015-1.

## Case Management Items

### I.    Description of the Debtors' Businesses

Scrub Island Development Group Limited. SIDG, a company incorporated by two United States citizens under the laws of the British Virgin Islands on January 16, 1992, has its principal place of business and corporate headquarters in Tampa, Florida. SIDG owns Scrub Island, which is a 230-acre island located in the British Virgin Islands consisting of Little Scrub Island and Big Scrub Island, which are connected by an isthmus between the islands. The following photograph depicts a recent aerial view of Scrub Island (with Little Scrub Island in the foreground):



The Scrub Island project began in 2003 with pre-development activities, environmental studies, and applications for numerous government approvals. Beginning in 2005, Joe C. Collier III, a resident of Tampa, Florida, became involved with SIDG and the design, development and construction of Scrub Island. Mr. Collier is the President of

Mainsail Lodging & Development ("**Mainsail**"), a Florida corporation with its corporate offices and headquarters located in Tampa, Florida. Mainsail has been contracted as the sole and exclusive developer of Scrub Island and the sole and exclusive operator of the Scrub Island Resort (as defined below) and residential community. As of the Petition Date, Mainsail and its related entities, all of which are United States entities, were five of the ten largest unsecured creditors of SIDG, having aggregate claims of approximately $3.3 million.

From its inception through 2005, all of SIDG's funding (approximately $2.9 million) was obtained from the former and current shareholders of SIDG. All of the shareholders of SIDG are citizens of the United States. Commencing in 2005 and through the Petition Date, the funding of SIDG's construction, development and operation activities has been obtained from the current shareholders of SIDG (approximately $12 million) and FirstBank Puerto Rico, a commercial banking institution incorporated under the laws of the Commonwealth of Puerto Rico ("**FirstBank**"). FirstBank is not only an FDIC-insured institution[2] but also has offices in the State of Florida.

In February 2010, SIDG opened the Scrub Island Resort, Spa & Marina (the "**Scrub Island Resort**"), which is an award-winning boutique luxury resort located on Little Scrub Island. See www.scrubisland.com. The Scrub Island Resort includes, among other things:

---

2   Under The Federal Deposit Insurance Act, the term "State" includes Puerto Rico, and FirstBank is treated as a "State Bank". FirstBank is subject, of course, to all laws of the United States, including the Bankruptcy Code. Upon information and belief, FirstBank is a frequent participant as a creditor in proceedings under the Bankruptcy Code.

(i)      26 ocean view guest rooms in the Marina Village residential community, which are available for rental in the Marriott International, Inc. (**"Marriott"**) rental program to guests for overnight and longer stays,

(ii)     26 ocean view one bedroom suites in the Marina Village residential community, which are available for rental in the Marriott rental program to guests for overnight and longer stays,

(iii)    two, three, four and five bedroom hillside and ocean view villas (defined below as the Ocean Villas and the Long View Villas), which are available for rental in the Marriott rental program to guests for overnight and longer stays,

(iv)     a 55-slip deep water marina (the **"Marina"**) available for short or long term docking, including five slips specifically designed to handle larger yachts up to 160 feet in length,

(v)      a multi-level lagoon-style swimming pool with a waterfall and pool bars,

(vi)     three restaurants,

(vii)    the Ixora Spa,

(viii)   a 25,000 square foot pavilion building which includes a lobby, administrative offices, a business center, restaurants, meeting rooms, and a private dining room,

(ix)     commercial space, including a retail boutique gift shop, a 3,000 square foot gourmet market, and a real estate sales office, and

(x)      a fitness center.

The following photographs depict the lower and upper swimming pools (with the Marina in the background) at the Scrub Island Resort:





The Marina Village residential component of the Scrub Island Resort consists of 26 two-bedroom, 2.5 bath lock-off condominium hotel suite units (the **"Marina Village Suites"**), which are constructed in an architectural style described as Anglo-Caribbean. The Marina Village Suites can be divided and rented through the Marriott rental program as a guest room or as a one bedroom suite, which thus provides a 52-key hotel inventory for the Scrub Island Resort. The Marina Village Suites include a combined living/dining room, a full, gourmet kitchen, a master suite and guest bedroom, two and a half baths, and an owner's closet for those who wish to rent their units. As of the Petition Date, 10 of the 26 Marina Village Suites had been sold by SIDG to United States citizens and one of the 26 Marina Village Suites had been sold by SIDG to a Canadian citizen. Thus, as of the Petition Date, 15 of the Marina Village Suites remain unsold and are property of SIDG's estate.

The following photographs depict an aerial view of the Marina Village Suites (top photograph), the Marina Village Suites with the Marina in the foreground (middle photograph), and the Marina (bottom photograph):







On December 15, 2011, the Scrub Island Resort became part of the prestigious

Marriott Autograph Collection Hotel system pursuant to a Franchise Agreement by and

between Marriott and SIDG, dated as of July 28, 2011 (the **"Marriott Franchise**

**Agreement"**). See www.autographcollection.com. Pursuant to the terms of the Marriott

Franchise Agreement, an affiliate of Mainsail is the only approved operator and manager of the Scrub Island Resort. The entire Marriott reservation and rental program for the Scrub Island Resort, as well as the daily operations of the Scrub Island Resort, are handled by Mainsail at its Tampa, Florida offices. As of the Petition Date, Marriott, a United States corporation, was one of the largest unsecured creditors of SIDG.

The Scrub Island Resort is one of two Marriott Autograph Collection Hotel properties in the Caribbean. The Scrub Island Resort ranks at the top of Marriott's hotels in terms of quality and customer satisfaction.[3]

In addition to the Marina Village Suites, the Scrub Island Resort currently has an inventory of six constructed two-bedroom Ocean View Villas on Little Scrub Island available for rental in the Marriott rental program to guests for overnight and longer stays. All of these six Ocean View Villas have been sold to United States citizens. There are five remaining Ocean View Villa lots (the "**OV Lots**") for sale, two of which are steep waterfront lots and three of which are hillside lots. The OV Lots enjoy close proximity to the core amenities of the Scrub Island Resort and the Marina. The following photograph depicts several of the Ocean View Villas:

---

3    Industry benchmark reports by Smith Analytics ("**STR**") show that the Scrub Island Resort has achieved 137.1% of its share in occupancy, 100.6% of its share in average daily rate, and 137.9% of its share in revenue per available room for the month of September 2013. Preliminary results for October 2013 indicate 175%, 108%, and 177% for each of those categories, respectively. For the running 12 month data, the Scrub Island Resort improved (over same time prior year) occupancy by 20.4%, average daily rate by 23.3%, and revenue per available room by 41.2%, as reported by STR. Marriott hires an independent company to manage its guest satisfaction surveys and provides this data to the hotels under its portfolio. The Scrub Island Resort has performed at high levels, amongst the highest in the Marriott Autograph Collection Hotel brand. The year to date score for the Scrub Island Resort is 88.5% compared to a brand average of 86.8%. Marriott also has a third party perform a surprise quality assurance audit semi-annually. The Scrub Island Resort has passed the inspections on each of the audits performed on behalf of Marriott since the conversion of the Scrub Island Resort to the Marriott Autograph Collection Hotel system in December 2011.



There are twenty-two Long View Villa lots for sale on Little Scrub Island, nine of which are designated as Long View Villa 1 Lots (the "**LV1 Lots**") and thirteen of which are designated as Long View Villa II lots (the "**LV2 Lots**"). The Long View Villas are luxury three, four or five-bedroom residences. As of the Petition Date, there were three constructed Long View Villas on LV1 Lots and four partially constructed Long View Villas (three of which are on LV1 Lots and one of which is on an LV2 Lot), all of which have been sold to United States citizens. The owners of the four partially constructed Long View Villas are the largest unsecured creditors of SICL. In addition, one LV1 Lot has been sold to a United States citizen.

Of the nine LV1 Lots, three are steep waterfront lots on the southeast side of Little Scrub Island, and six are hillside, ocean view lots that are located on the north end of Little Scrub Island. The waterfront lots range in size from .709 acres to 1.007 acres and the hillside lots range in size from .430 acres to .571 acres. In addition to these nine LV1 Lots, the Governors Point parcel can also be considered as an LV1 Lot. When completed, all of the Long View Villas on the LV1 Lots will be available to participate in the Marriott rental program. The following photographs depict (i) an example of two

Long View Villas participating in the Marriott rental program, and (ii) Governors Point (with Long View Villas and Ocean View Villas in the foreground):





The LV2 Lots represent some of the superior lots on Little Scrub Island. No Long View Villas have yet been completely built on the LV2 Lots, and the area for future development includes most of the peak elevations on Little Scrub Island. Four of the LV2 Lots overlook the existing North Beach, five of the LV2 Lots are planned around the summit of Little Scrub Island, and the remaining four LV2 Lots are situated below the summit. The LV2 Lots on the southeastern slope will overlook the Marina Suites village. When completed, all of the Long View Villas on the LV2 Lots will be available to participate in the Marriott rental program.

Big Scrub Island consists of 170 acres and is designated for large estate homes and is fully entitled for the sale of 54 lots, seven of which have been sold or reserved.

Big Scrub Island represents only one of two residential resort developments in the British Virgin Islands where a virtual island (a large land mass connected to another by a narrow corridor of land) has land access to facilities and services of another body of land. Owners of residences on Big Scrub Island will have access to the Scrub Island Resort and other amenities on Little Scrub Island. The following photograph depicts an aerial view of Big Scrub Island:



Little Scrub Island and Big Scrub Island are connected by an isthmus, which contains a desalinization and wastewater treatment plant, a laundry processing and housekeeping building, a delivery dock for barges, and a receiving, storage and maintenance facility. The following photograph depicts the isthmus (as viewed from Big Scrub Island):



SIDG employs three full-time employees and thirteen part-time employees at its corporate headquarters located in Tampa, Florida. The Tampa-based Director of Sales, Travel and Leisure Sales Manager, and Destination Weddings/Sales Coordinator all are fully dedicated to the Scrub Island Resort and sales efforts. Their focus is to sell the Scrub Island Resort to groups, incentive houses, high end travel and leisure travel agencies, and wholesale agencies.

The following Tampa-based individuals are part-time employees of SIDG: (i) the director of procurement, who negotiates with vendors and coordinates logistics for shipments to Scrub Island; (ii) revenue management and central reservations office with six staff members handling all marina reservations, villa reservations, owner reservations, follow up to all bookings made through Marriott's reservations system, and yield management and strategy for revenue pricing and execution in all systems; (iii) marketing - one person handling the marketing efforts, designing and implementing marketing campaigns with website providers, public relations firms, and social media teams; (iv) the regional engineer, who provides site visits to Scrub Island and ongoing support; and (v) accounting support from four staff members to assist in managing cash flow, review financial statements, owner billing and communications, and back office accounting functions.

Scrub Island Construction Limited. SICL, a company incorporated under the laws of the British Virgin Islands on May 18, 2006, has its principal place of business and corporate headquarters in Tampa, Florida. SICL is party to construction contracts with various United States citizens providing for the construction by SICL of Long View

Villas on Little Scrub Island. SICL owns the construction contracts for the Long View Villas. As of the Petition Date, Pamela McManus and CIH Loft LLC (a company controlled by Joe C. Collier III) were the sole shareholders and sole directors of SICL. Ms. McManus and Mr. Collier are United States citizens. All of the unsecured creditors of SICL are United States citizens.

Although SIDG and SICL are British Virgin Islands corporations, as stated above, all or virtually all of their funding was obtained from (and is now held by) United States creditors. Significant additional funds have been provided to the Debtors by the shareholders of SIDG as described above. In addition, all of the Marina Village Suites, Ocean View Villas, Long View Villas, LV1 Lots and LV2 Lots sold to date have been sold to United States citizens, with the exception of one Marina Village Suite sold to a Canadian citizen. For the most part, creditors that are based in the British Virgin Islands are small trade creditors that provide day to day services to the Scrub Island Resort.

## II. Locations of the Debtors' Operations and Whether Leased or Owned

The Debtors' principal place of business and corporate headquarters is located at 4602 Eisenhower Boulevard, Tampa, Florida 33634. The Debtors lease space at that location from Mainsail Central, LLC. As of the Petition Date, SIDG also owned Scrub Island, which is located in the British Virgin Islands.

## III. Reasons for Filing Chapter 11

The immediate precipitating cause for the filing of the Debtors' Chapter 11 cases was the *ex parte* and highly secretive appointment, at the direct request of FirstBank, of a temporary operating receiver (the "**Temporary Receiver**") of the assets and undertakings

of SIDG. FirstBank sought the appointment of a receiver without prior notice to SIDG or its counsel, despite numerous daily contacts between FirstBank representatives and SIDG representatives and their respective counsel during the time period in question. The Temporary Receiver was appointed pursuant to an Order entered November 1, 2013 in the Eastern Caribbean Supreme Court In the High Court of Justice in the proceeding styled: In the Matter of a Mortgagee's Claim by FirstBank Puerto Rico (the "Bank") pursuant the CPR Part 66(1)(c)(d) and (g) for the Payment of Monies Secured by Mortgage, for Possession and the Sale of Mortgaged Property by FirstBank Puerto Rico and (1) Scrub Island Construction Limited, (2) Scrub Island Development Group Limited, (3) Joe Collier, (4) CIH Loft LLC (the "**BVI Action**"). The term of the temporary receivership expires on November 27, 2013 and a hearing is scheduled for November 28, 2013 to consider extending the term of the receivership.

By way of background, the loans from FirstBank to the Debtors had been substantially restructured in June 2011 pursuant to the terms of a Workout Agreement executed by the parties. Under the terms of the Workout Agreement, the Debtors and Mainsail undertook a number of obligations, the most significant of which were obtaining an affiliation with Marriott for inclusion of the Scrub Island Resort as a Marriott Autograph Collection Hotel and substantial improvements necessary to bring the Scrub Island Resort into compliance with Marriott's requirements. SIDG was successful in this endeavor, and the Scrub Island Resort became a Marriott property in December 2011.

As the Marriott conversion was taking place, SIDG, Mainsail and Mr. Collier were actively engaged in efforts to replace FirstBank (at its request) as the lender on the

Scrub Island project. Incredibly, however, as these efforts were ongoing, SIDG and Mainsail began to suspect that certain officers of FirstBank were engaged in unauthorized and clandestine contacts with one of the senior executives of Mainsail who was intimately involved with the SIDG operations in his position as project manager for the Scrub Island project. This executive enjoyed access to confidential and proprietary materials of SIDG, was privy to communications among the shareholders and directors of SIDG and to communications with prospective investors, and was regularly in communication with counsel for SIDG. He owed fiduciary and contractual duties to SIDG and its shareholders. In breach of those fiduciary and contractual duties, the executive disclosed confidential information to FirstBank.

Following the termination of this executive, the Debtors and FirstBank engaged in discussions to reach agreement on the transfer of the FirstBank loans to a note purchaser. Less than one week prior to the filing of the BVI Action, FirstBank agreed to accept a total payment of $40 million to either (a) release and satisfy its loans with the Debtors or (b) transfer its liens, claims, charges, and loans to a third party purchaser procured by SIDG. FirstBank also agreed to give the Debtors the exclusive right until June 30, 2014 to raise these funds. FirstBank also agreed to provide 50% loan-to-value financing to a qualified third party note purchaser, payable over five years. The Debtors were in turn required to invest $1.2 million of new money for the further build-out and improvement of certain infrastructure items on Little Scrub Island. The Debtors accepted the offer, only to be met with radio silence on the part of FirstBank and its counsel despite numerous email and telephone contacts. Following the Debtors' acceptance of

FirstBank's offer, however, FirstBank apparently decided to instead secretly pursue the receivership through the BVI Action.

Since the filing of the BVI Action, the Debtors and their counsel have repeatedly reached out to FirstBank and its counsel regarding the agreement reached between the parties and FirstBank's secretive actions in filing the BVI Action. Despite repeated attempts, FirstBank and its counsel have essentially ignored the Debtors and their counsel. It has also become apparent to the Debtors that FirstBank's secretive actions in obtaining the appointment of a receiver were done with the goal of wiping out all claims of creditors of the Debtors, including claims of significant United States creditors of the Debtors, as well as the substantial equity invested in SIDG by its shareholders.

## IV.    List of Officers, Directors and Insiders and Their Salaries and Benefits at the Time of Filing and During the One Year Prior to Filing

CIH Loft LLC, Pamela McManus, James B. Rabold and Vance Kershner are the directors of SIDG and Pamela McManus also serves as the Secretary of SIDG. CIH Loft LLC and Pamela McManus are the directors of SICL. None of the director or officers of either of the Debtors has received a salary during the one year prior to the filing of the Debtors' Chapter 11 cases. Furthermore, none of the director or officers of either of the Debtors will receive a salary or any other compensation during the course of the Debtors' Chapter 11 cases.

## V.    Debtors' Annual Gross Revenues

For the ten months ended October 31, 2013, SIDG's statement of operations reflected total revenues of approximately $8,355,763 (with total revenues for 2013 projected to be approximately $10.5 million), not including any lot or villa sales.

Revenues for 2014 are forecasted at $12 million, with SIDG forecasted to have positive net operating income. For the ten months ended October 31, 2013, SICL's statement of operations reflected no revenue as there has been no construction on the Long View Villas during 2013.

## VI.   Amounts Owed to Various Creditors[4]

### A.   <u>Secured Creditors</u>

FirstBank is the Debtors' only secured creditor. Since August 2005, the Debtors and FirstBank have entered into several loan agreements which set forth the terms for several loans from FirstBank to the Debtors with respect to the construction and development of the Scrub Island Resort (collectively, the "**Loans**"). The Loans are evidenced by numerous promissory notes executed by one or both of the Debtors in favor of FirstBank (collectively, the "**Notes**"). Upon information and belief, the outstanding principal balance under the Notes as of the Petition Date is approximately $108 million. FirstBank has advised the Debtors that it has written the Notes down to $40 million on its books and records. The Debtors believe that FirstBank will assert that (i) the Notes are secured by certain assignments and land charges recorded with the Land Registry in the British Virgin Islands (collectively, the "**Charges**"), and (ii) the Charges encumber the Scrub Island Resort and certain assets of the Debtors. It is unclear as to whether the Notes are secured by the Debtors' cash collateral or any assets of the Debtors located in the United States.

---

[4]   The Debtors are in the process of compiling the information for their Schedules and Statements of Financial Affairs, including information regarding amounts owed to various creditors. Creditors and other parties in interest are directed to review the Schedules and Statement of Financial Affairs of the Debtors once filed for more detailed information relating to amounts owed by the Debtors to their creditors.

SIDG and SICL intend to immediately file an adversary proceeding against FirstBank, which is described in more detail in Section XI below.

### B.   Priority Creditors (Wage Claims)

As of the Petition Date, the books and records of the Debtors reflected that no amounts were outstanding to employees for unpaid wage claims under Sections 507(a)(4) and (5) of the Bankruptcy Code.

### C.   Priority Creditors (Tax Claims)

As of the Petition Date, the books and records of the Debtors reflected that no amounts were outstanding to taxing authorities for priority claims under Section 507(a)(8) of the Bankruptcy Code.

### D.   Secured Tax Claims of Governmental Creditors

As of the Petition Date, the books and records of the Debtors reflected that no amounts were outstanding to taxing authorities in respect of secured tax claims, except for property taxes in the amount of approximately $36,000 due to the British Virgin Islands government.

### E.   Unsecured Creditors

As of the Petition Date, (i) the books and records of SIDG reflected unsecured claims of approximately $4.5 million, and (ii) the books and records of SICL reflected unsecured claims of approximately $5.9 million owed to various United States citizens for the construction of Long View Villas on Little Scrub Island.

### VII.   General Description and Approximate Value of the Debtors' Current and Fixed Assets

The assets of SIDG consist primarily of Scrub Island and the improvements thereon, cash, inventory, equipment, trade accounts receivable, furniture and fixtures, and intellectual property. The unaudited balance sheet of SIDG, as of December 31, 2012, reflected that the book value of its current assets totaled approximately $2,013,000.00 and the book value of its non-current assets totaled approximately $124,300,000.00.

The assets of SICL comprise contracts for the construction of the Long View Villas, having a total value of $10,615,280.00.

## VIII.    Number of Employees and Gross Amounts of Wages Owed as of Petition Date

As of the Petition Date, SIDG employed a total of 127 full-time employees and 13 part-time employees in its business operations. Three of the full-time employees and thirteen of the part-time employees work out of SIDG's Tampa, Florida corporate headquarters as described above. Absent information from the Temporary Receiver, SIDG is presently unable to verify the amounts of wages owed to its employees as of the Petition Date; however, to the extent any amounts are owed, SIDG will file an emergency motion with the Court seeking the payment of any prepetition wages owing to its employees. SICL currently has no employees as no construction is currently in process on the Long View Villas.

## IX.    Status of the Debtors' Payroll and Sales Tax Obligations

There are no past due payroll taxes or sales taxes due and owing by the Debtors as of the Petition Date.

## X.    Anticipated Emergency Relief to be Requested Within 14 Days After the Petition Date

The Debtors will file with the Court the following motions requesting emergency relief within fourteen (14) days after the Petition Date:

(a)     motion for joint administration of the Debtors' Chapter 11 cases as stated above,

(b)     motion for authority to use cash collateral,

(c)     motion for authority to obtain debtor in possession financing (to the extent necessary), and

(d)     motion for authority to pay any outstanding prepetition wages of employees of SIDG.

Should FirstBank disregard the automatic stay and indicate that it intends to proceed with the November 28, 2013 hearing in the British Virgin Islands, the Debtors will seek appropriate relief from this Court.

The Debtors will also be filing the following additional pleadings with the Court prior to the initial hearings to be held in the Debtors' Chapter 11 cases: (i) the Debtors' application to employ Stichter, Riedel, Blain & Prosser, P.A. as its general bankruptcy counsel, and (ii) the Debtors' application to employ Rocke, McLean & Sbar, P.A. as its special litigation counsel to file the adversary proceeding against FirstBank.

## XI.     The Debtors' Strategic Objectives

The Debtors have sought relief under Chapter 11 in order to terminate the receivership and to reorganize, either on the terms previously agreed to with FirstBank or based on alternative treatment for FirstBank that will provide for valuation of FirstBank's collateral and for the payment of the secured and unsecured components of FirstBank's

claim as provided by law. With respect to the Temporary Receiver, upon the filing of these Chapter 11 cases, counsel to the Debtors provided written notice to counsel to FirstBank and the Temporary Receiver notifying them of their obligations under Sections 362, 541 and 542 of the Bankruptcy Code and demanding the return of all property of SIDG's estate. As stated above, in order to determine FirstBank's ultimate allowed claim against the Debtors, the Debtors will be filing an adversary proceeding against FirstBank. The claims in such adversary proceeding will include, among other things, breach of contract, breach of the covenant of good faith and fair dealing, promissory estoppel, negligent misrepresentation, civil conspiracy, tortious interference, unfair and deceptive trade practices, equitable subordination, and aiding and abetting beach of fiduciary duty. As discovery progresses, additional claims may be pursued, including claims against certain officers and directors of FirstBank individually for tortious activities that resulted in damages to SIDG and SICL. The Debtors intend to conduct extensive discovery into the prepetition actions of FirstBank.

The allowed claims of other creditors of the Debtors will be paid in full. SIDG will continue to operate the Scrub Island Resort as a Marriott Autograph Collection Hotel, and will be filing a motion with the Court to assume the Marriott Franchise Agreement. During the course of these cases, all guest reservations at the Scrub Island Resort will be honored and Mainsail will continue to book reservations and operate the Scrub Island Resort in the ordinary course of business. By taking all these actions, the Debtors will be seeking to prevent FirstBank's plan to wipe out the significant claims of all other creditors of the Debtors.

WHEREFORE, in accordance with Local Rule 2081-1(b), the Debtors respectfully submit this as their Joint Chapter 11 Case Management Summary.

Dated: November 20, 2013

/s/ Charles A. Postler
Harley E. Riedel (Florida Bar No. 183628)
Charles A. Postler (Florida Bar No. 455318)
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone:    (813) 229-0144
Facsimile:    (813) 229-1811
Email:        hriedel@srbp.com
              cpostler@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Debtors'**
**Joint Chapter 11 Case Management Summary** with attached <u>Exhibit A</u> has been
furnished on this 20th day of November, 2013, by (i) either the Court's CM/ECF
Transmission or electronic mail transmission to

    Office of the United States Trustee

    Josias N. Dewey, Esq.
    Holland & Knight LLP
    701 Brickell Avenue, Suite 3000
    Miami, Florida  33131
    joe.dewey@hklaw.com
    Counsel to FirstBank Puerto Rico

    Carren B. Shulman, Esq.
    Sheppard, Mullin, Richter & Hampton LLP
    30 Rockefeller Plaza
    New York, New York  10112
    cshulman@sheppardmullin.com
    Counsel to Marriott International, Inc.

and (ii) United States First Class Mail to the parties listed on <u>Exhibit A</u> attached hereto.

                           */s/ Charles A. Postler*
                           Charles A. Postler

## EXHIBIT A

Atlantic Southern
P.O. Box 469
Roadtown, Tortola VG1110
,

BVI Electricity
PO Box 268
Roadtown, Tortola VG1110

Delta Petroleum
PO Box 3318
Pasea, Tortola VG1110,

Digicel
P.O. Box 4168
Roadtown, Tortola VG1110

Enjoy Life
PMB 370
1353 St 19
Guaynabo, PR 00966-2700

Frett, Joseph
c/o Orion Law
Jayla Place, PO Box 216
Road Town, Tortola, VG1110,

ICT Management Serviced Ltd
PO Box 2221
Roadtown, Tortola VG1110,

K Mark's Foods Ltd
PO Box 830
Roadtown, Tortola VG1110,

L'Occitane, Inc.
1430 Broadway
2nd Floor
New York, NY 10018

Mainsail B.V.I. Limited
4602 Eisenhower Blvd
Tampa, FL 33634

Mainsail BVI Property Management, LLC
4602 Eisenhower Blvd.
Tampa, FL 33634

Mainsail Central, LLC
4602 Eisenhower Blvd
Tampa, FL 33634

Mainsail Development International
4602 Eisenhower Blvd.
Tampa, FL 33634

Mainsail Management Group
4602 Eisenhower Blvd
Tampa, FL 33634

Mainsail Suites Hotel
4602 Eisenhower Blvd
Tampa, FL 33634

Marriott Execustay
4602 Eisenhower Blvd
Tampa, FL 33634

Marriott International, Inc.
c/o Lisa Greenlees, Esquire
10400 Fernwood Rd.
Bethesda, MD 20817

O'Neal & Mundy Shipping Co
PO Box 61
Pasea Estate, Tortola VG1110

Supa Valu Ltd
PO Box 820
Roadtown, Tortola VG1110,

Withers Worldwide
10890 NW 29th St.
Miami, FL 33172

SIDG 20 Largest

Art Linares and David Foster
242 Toby Hill Rd
Westbrook, CT 06498

Blue Water Traders
c/o Oscar Juelle
PMB 302 Suite 9A, B-5 Calle Tabonuco
Guaynabo, PR 00968

MHLSC Management
c/o Michael McCann
3004 Georgetown
Houston, TX 77005

Oscar Rivera
664 Calle Concordia
San Juan, PR 00907

Pablo Dardet
MCS Plaza, Suite 809
255 Ponce de Leon Ave
Hato Rey, PR 00917

Thomas Frederick
10705 Lake Alice Cove
Odessa, FL 33556

SICL 20 Largest