UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SCRUB ISLAND DEVELOPMENT GROUP LIMITED, | Case No. 8:13-bk-15285-MGW |
| | Jointly Administered with |
| SCRUB ISLAND CONSTRUCTION LIMITED, | Case No. 8:13-bk-15286-MGW |
|     Debtors. _____/ | |
| SCRUB ISLAND DEVELOPMENT GROUP LIMITED and SCRUB ISLAND CONSTRUCTION LIMITED, | |
|     Plaintiffs, | Adv. Proc. No. 8:14-ap-00534-MGW |
| vs. | |
| FIRSTBANK PUERTO RICO, | |
|     Defendant. _____/ | |

## NOTICE

Plaintiffs, Scrub Island Development Group Limited and Scrub Island Construction Limited, hereby give notice that the Plaintiffs shall rest its case as of December 29, 2014, except as to punitive damages.

/s/ Robert L. Rocke
Robert L. Rocke  (FBN 710342)
Email:  rrocke@rmslegal.com
Raul Valles  (FBN 148105)
Email:  rvalles@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Phone:  813-769-5600
Fax:     813-769-5601
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail using the Court's CM/ECF system on December 24, 2014, to:

W. Keith Fendrick, Esquire
Email: keith.fendrick@hklaw.com
Holland & Knight, LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Phone: 813-227-8500
Fax: 813-229-0134
Attorneys for FirstBank Puerto Rico

Zachary H. Smith, Esquire
Email: zacharysmith@mvalaw.com
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: 704-331-1000
Fax: 704-331-1159
Attorneys for FirstBank Puerto Rico

Daniel R. Fogarty, Esquire
Email: dfogarty@srbp.com
Harley E. Riedel, Esquire
Email: hriedel@srbp.com
Stichter, Riedel, Blain & Prosser, P.A.
110 Madison Street, Suite 200
Tampa, FL 33602
Phone: 813-229-0144
Fax: 813-229-1811
Attorneys for the Debtors

Robert B. Glenn, Esquire
Email: rglenn@glennrasmussen.com
Edwin G. Rice, Esquire
Email: erice@glennrasmussen.com
Glenn Rasmussen, P.A.
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602
Phone: 813-229-3333
Fax: 813-229-5946
Attorneys for the Official Unsecured Creditors' Committee

William Galarza, Esquire
Galarza Law Firm P.A.
5602 Marquesas Circle
Suite 210
Sarasota, FL 34233
Phone: 941-487-8602
Fax: 941-487-8603
Email: galarzawilliam@gmail.com
Attorney for FirstBank Puerto Rico

/s/ Robert L. Rocke
Attorney