UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Chapter 11

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,                                                          Case No. 8:13-bk-15285-MGW

                                                                                          Jointly Administered with

SCRUB ISLAND CONSTRUCTION
LIMITED,                                                                       Case No. 8:13-bk-15286-MGW

                    Debtors.

_____/

**ORDER DENYING ON A PRELIMINARY BASIS THE
MOTION OF FIRSTBANK PUERTO RICO FOR RELIEF FROM THE
AUTOMATICE STAY PURSUANT TO SECTION 362(d) OF
THE BANKRUPTCY CODE AND SETTING MATTER FOR
FINAL EVIDENTIARY HEARING**

THIS CASE came on for preliminary hearing before the Court on December 18, 2013 upon the Motion of FirstBank Puerto Rico for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Dkt. No. 69] (the "Motion"). The Court, having considered the Motion, finds that the Motion should be denied on a preliminary basis and be set for a Final Evidentiary Hearing. Accordingly, it is,

ORDERED that:

1.      The Motion will be set for a final evidentiary hearing beginning at 1:30 p.m. on January 15, 2014. The Motion is denied on a preliminary basis, and the automatic stay of Section 362 shall remain in full force and effect except to the extent terminated or modified by order entered at or following the January 15, 2014 hearing.

2.      All discovery responses are shortened to seven (7) business days.

3.      The parties are directed to meet and confer regarding scheduling of depositions.

2

4. The Court retains jurisdiction to implement the terms of this Order.

DONE and ORDERED in Chambers at Tampa, Florida on ___ January 02, 2014

2013.

_____
Michael G. Williamson
United States Bankruptcy Judge

ATTORNEY W. Keith Fendrick is directed to serve a copy of this order on the Debtor and all other interested parties and file proof of service within three (3) days of entry of this order.

2

#26894186_v1