UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,

SCRUB ISLAND CONSTRUCTION
LIMITED,

      Debtors.
_____/

Chapter 11

Case No. 8:13-bk-15285-MGW

Jointly Administered with

Case No. 8:13-bk-15286-MGW

**ORDER ON DEBTORS' EMERGENCY
MOTION TO COMPEL DISCOVERY FROM FIRSTBANK
PUERTO RICO IN CONNECTION WITH STAY RELIEF MOTION**

THIS CASE came on for hearing on February 5, 2014 upon the Debtors' Motion to Compel Discovery from Firstbank Puerto Rico in Connection with Stay Relief Motion (Doc. No. 121) (the "**Motion**"). The Court having considered the Motion, together with the record and being otherwise duly advised in the premises, and based on the agreement stated on the record as to the deadline for production of unopposed discovery requests by FirstBank Puerto Rico ("**FirstBank**") it is

**ORDERED** that:

1. The hearing on the Motion is continued to **February 19, 2014 at 10:30 a.m.**

2. FirstBank shall provide responses and produce responsive documents to those requests in the Debtors' discovery requests dated December 20, 2013, as modified by agreement with the Debtors as to the time period for certain requests, as to which

FirstBank Puerto Rico has not asserted an objection.  Documents shall be produced to the extent possible on a rolling basis, but in any event such that all responsive documents are produced by not later than February 14, 2014.  To the extent that any documents are subject to a claim of privilege, FirstBank shall include with its production a privilege log, and the Debtors reserve any and all rights with respect to claims of privilege.

       3.      To the extent necessary after production is received and reviewed by the Debtors, the Court shall consider the Motion as to the Disputed Requests, specifically, Requests for Production Nos. 3, 4, 5, 6, 7, and 9; Interrogatories Nos. 2-4, 6, set out in the Debtors' discovery requests dated December 20, 2013.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on February 13, 2014

_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

Attorney Daniel R. Fogarty is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.

H:\User\Scrub Island Development Group Limited\Orders\Compel Discovery by First Bank - continuing hearing and providing deadline.docx