**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SCRUB ISLAND DEVELOPMENT GROUP LIMITED,** | Case No. 8:13-bk-15285-MGW |
| | Jointly Administered with |
| **SCRUB ISLAND CONSTRUCTION LIMITED,** | Case No. 8:13-bk-15286-MGW |
| Debtors. _____/ | *Emergency Relief Requested* |

**DEBTORS' SECOND EMERGENCY MOTION FOR**
**ORDER EXTENDING DEADLINE FOR THE DEBTORS**
**TO FILE A PLAN AND DISCLOSURE STATEMENT**

SCRUB ISLAND DEVELOPMENT GROUP LIMITED ("**SIDG**") and SCRUB ISLAND CONSTRUCTION LIMITED ("**SICL**" and together with SIDG, the **Debtors**"), by and through their undersigned attorneys, hereby file their Second Emergency Motion for Order Extending Deadline for the Debtors to File a Plan and Disclosure Statement (the "**Motion**") and respectfully request an extension until March 19, 2014 to file their plan of reorganization and disclosure statement in these cases. In support of this Motion, the Debtors respectfully represent as follows:

**A. Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408.

## Background

2. On November 19, 2013 (the "**Petition Date**"), the Debtors filed with this Court their Voluntary Petitions for relief under Chapter 11 of Title 11 of the United States Code.

3. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, although, as this Court is aware, certain property of SIDG and of its estate is presently in the custody of a temporary operating receiver (the "**Receiver**").

4. On November 20, 2013, this Court entered its Order Granting Debtor's Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) in SIDG's Chapter 11 case [Doc. No. 9] (the "**Joint Administration Order**"). Pursuant to the Joint Administration Order, SIDG's Chapter 11 case is being jointly administered for procedural purposes only with In re: Scrub Island Construction Limited, Case No. 8:13-bk-15286-MGW, under the lead case In re: Scrub Island Development Group Limited, Case No. 8:13-bk-15285-MGW.

5. No trustee or examiner has been appointed in these cases. On December 12, 2013, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "**Committee**") in these cases pursuant to Section 1102 of the Bankruptcy Code [Doc. No. 64 in the lead case]. On February 27, 2014, the Office of the United States Trustee filed its Amended Notice of Appointment of Unsecured Creditors' Committee by United States Trustee [Doc. No. 162], which added two (2) additional members to the Committee.

6. SIDG is the owner of the Scrub Island Resort, Spa & Marina (the "**Scrub Island Resort**"), which is located in the British Virgin Islands and is a member of the Marriott Autograph Collection Hotels. Detailed information regarding SIDG's business and operations as well as the Scrub Island Resort can be found on SIDG's website at www.scrubisland.com and in the Debtors' Joint Chapter 11 Case Management Summary filed with the Court [Doc. No. 5 in the lead case].

## Relief Requested

7. On December 27, 2013, this Court entered its Order Establishing Deadline for Filing Plan and Disclosure Statement [Doc. No. 102] (the "**December 27 Order**"). Pursuant to the December 27 Order, the initial deadline for the Debtors to file a plan and disclosure statement was Thursday, February 13, 2014.

8. On February 13, 2014, the Debtors filed with the Court their Emergency Motion for Order Extending Deadline for the Debtors to File a Plan and Disclosure Statement [Doc. No. 150] (the "**First Motion**").

9. On February 14, 2014, this Court entered its Order Granting Debtors' Emergency Motion for Order Extending Deadline for the Debtors to File a Plan and Disclosure Statement [Doc. No. 155] (the "**February 14 Order**"). The February 14 Order granted the First Motion and extended the deadline for the Debtors to file a plan and disclosure statement to Friday, March 7, 2014.

10. By this Motion, the Debtors request that the Court enter an order further extending the deadline for the Debtors to file a plan of reorganization and disclosure statement to Wednesday, March 19, 2014.

11. Since the Petition Date, the Debtors' management and staff have spent a significant amount of time in normalizing and stabilizing the Debtors' business operations (including working with the Receiver), dealing with the impact of the Chapter 11 filing, addressing day to day operational issues at the Scrub Island Resort, and interfacing with creditors, vendors, and suppliers. The key concern for the Debtors in the first three and one-half months of these cases has been maintaining going concern value, especially in light of the need to maximize value for creditors.

12. In addition, the Debtors are currently in discussions and negotiations with key creditors in these cases regarding their claims, the assumption of executory contracts, and other critical issues relating to the formulation of their plan of reorganization. The Debtors need additional time in order to complete such discussions and negotiations.

13. Section 1121(b) of the Bankruptcy Code provides that only the Debtors may file a plan for the first 120 days following the Petition Date. Thus, the Debtors have the exclusive right to file a plan through and including Wednesday, March 19, 2014. Pursuant to the relief requested in this Motion, the Debtors would be filing their plan of reorganization and disclosure statement by the end of the exclusivity period provided by Section 1121(b) of the Bankruptcy Code.

14. Based on all of the foregoing, the Debtors request an extension of time to file their plan of reorganization and disclosure statement.

15. This Motion is not submitted for purposes of delay and will not prejudice any party. An extension of exclusivity will aid the confirmation process and will permit the plan of reorganization to be brought before the Court for approval before the Debtors incur fees and costs associated with seeking confirmation of the plan.

WHEREFORE, the Debtors respectfully request entry of an order extending the deadline for the Debtors to file a plan and disclosure statement through and including March 19, 2014, and grant such other and further relief as is just and proper.

DATED: March 7, 2014

/s/ Charles A. Postler
Harley E. Riedel (Florida Bar No. 183628)
Charles A. Postler (Florida Bar No. 455318)
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: hriedel@srbp.com
cpostler@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIY that a true and correct copy of the foregoing **Debtors' Second Emergency Motion for Order Extending Deadline for the Debtors to File a Plan and Disclosure Statement** has been furnished on this 7th day of March, 2014, by (i) the Court's CM/ECF Transmission to the Office of the United States Trustee and all other parties receiving electronic noticing in these cases, (ii) United States First Class Mail to all parties set forth on the Local Rule 1007(d) Parties in Interest Lists for these cases attached hereto, and (iii) electronic mail transmission to W. Keith Fendrick, Esq., Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, Florida 33602 (keith.fendrick@hklaw.com) and Elizabeth A. Green, Esq., Baker & Hostetler LLP, P.O. Box 112, Orlando, Florida 32802-0112 (egreen@bakerlaw.com).

/s/ Charles A. Postler
Charles A. Postler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:13-bk-15285-MGW<br>Middle District of Florida<br>Tampa<br>Fri Mar  7 15:01:51 EST 2014 | Scrub Island Development Group Limited<br>4602 Eisenhower Blvd.<br>Tampa, FL 33634-6359 | Official Unsecured Creditors' Committee<br>c/o Edwin G. Rice<br>Glenn Rasmussen, P.A.<br>100 S. Ashley Drive, Suite 1300<br>Tampa, FL 33602-5364 |
| Official Unsecured Creditors' Committee<br>c/o Robert B. Glenn<br>Glenn Rasmussen, P.A.<br>100 S. Ashley Drive, Suite 1300<br>Tampa, FL 33602-5364 | Thomas Frederick<br>c/o Craig E. Rothburd, P.A.<br>320 W. Kennedy Blvd., Suite 700<br>Tampa, Florida 33606-1459 | End of Label Matrix<br>Mailable recipients    4<br>Bypassed recipients    0<br>Total                  4 |

```
Label Matrix for local noticing          Scrub Island Construction Limited     Art Linares
113A-8                                   4602 Eisenhower Blvd.                 Scrub Island LLC
Case 8:13-bk-15286-MGW                   Tampa, FL 33634-6359                  242 Toby Hill Rd
Middle District of Florida                                                     Westbrook, CT 06498-3521
Tampa
Fri Mar  7 15:02:47 EST 2014

Blue Water Traders                       MHLSC Management                      Oscar Rivera
c/o Oscar Juelle                         c/o Michael McCann                    664 Calle Concordia
PMB 302 Suite 9A, B-5 Calle Tabonuco     3004 Georgetown                       San Juan, PR 00907-3509
Guaynabo, PR 00968                       Houston, TX 77005-3030


Pablo Dardet                             Thomas Frederick                      United States Trustee
P.O. Box 194925                          10705 Lake Alice Cove                 C/O Denise E Barnett, Esq
San Juan PR 00919-4925                   Odessa, FL 33556-4947                 501 East Polk St Ste 1200
                                                                               Tampa, FL 33602-3945



End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8
```