**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **SCRUB ISLAND DEVELOPMENT GROUP LIMITED,** | Case No. 8:13-bk-15285-MGW |
| | Jointly Administered with |
| **SCRUB ISLAND CONSTRUCTION LIMITED,** | Case No. 8:13-bk-15286-MGW |
| Debtors. _____/ | |

**DEBTORS' UNOPPOSED MOTION FOR EXTENSION OF PERIOD OF DEBTORS' EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES OF A PLAN**

SCRUB ISLAND DEVELOPMENT GROUP LIMITED ("**SIDG**") and SCRUB ISLAND CONSTRUCTION LIMITED ("**SICL**" and together with SIDG, the **Debtors**"), as debtors and debtors-in-possession, by and through their undersigned counsel, hereby file their Unopposed Motion for Extension of Period of Debtors' Exclusive Right to Solicit Acceptances of a Plan (the "**Motion**") and request that the Court extend the period during which the Debtors have the exclusive right to solicit acceptances of their Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited Under Chapter 11 of Title 11, United States Code (Doc. No. 176), together with any amendments thereto (collectively, the "**Plan**"), through and including June 27, 2014.  As background and support for their requested extension of exclusivity, the Debtors state the following:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper in this district pursuant to 28 U.S.C. §1408.

2. The statutory predicates for the relief requested by this Motion are Sections 1121(c)(3), and 1121(d) of the Bankruptcy Code [11 U.S.C. §§1121(c)(3) and 1121(d)]. Section 1121(c)(3) extends that period to 180 days for acceptances of the Plan to be obtained. Section 1121(d)(1) gives the Court authority for cause shown to increase the 180-day period, subject to Section 1121(d)(2).

**Background**

3. These cases were commenced on November 19, 2013.

4. The Debtors, FirstBank Puerto Rico, and the Official Committee of Unsecured Creditors (the "**Mediation Parties**") are involved in ongoing mediation of their disputes, with Robert A. Soriano acting as Mediator. The mediation has been adjourned to June 24, 2014.

5. As part of the continued mediation process, the Mediation Parties have jointly agreed that the exclusive period for the Debtors to solicit acceptances of the Plan be extended through and including June 27, 2014.

**Relief Requested and Grounds for Relief**

6. At present, the 180-day period would expire on Sunday, May 18, 2014.

7. The joint request of the principal parties in these cases for an extension of exclusivity as part of the continued mediation process provides ample cause for an extension.

WHEREFORE, the Debtors respectfully request that the Court enter an order: (a) granting this Motion; (b) extending the 180-day period during which the Debtors have the exclusive right to solicit acceptances of the Plan through and including June 27, 2014; and (c) providing that the Court will consider a further extension of exclusivity, and any and all oppositions thereto, on June 25, 2014, at 9:30 a.m.

Dated: April 30, 2014.

/s/ Harley E. Riedel
Harley E. Riedel (Fla Bar #183628)
Charles A. Postler (Fla Bar #455318)
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: hriedel@srbp.com
cpostler@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing *Debtors' Unopposed Motion for Extension of Period of Debtors' Exclusive Right to Solicit Acceptances of a Plan* have been furnished on April 30, 2014, by either the Court's electronic CM/ECF transmission or by U.S. Mail to:

United States Trustee

LBR 1007-2 Parties in Interest Matrix

          /s/ Harley E. Riedel
          Harley E. Riedel (Fla Bar #183628)

H:\User\Scrub Island Development Group Limited\Motions\Unopposed Motion to Extend exclusivity for acceptances-2.docx

```
Label Matrix for local noticing       Official Unsecured Creditors' Committee    Official Unsecured Creditors' Committee
113A-8                                 c/o Robert B. Glenn                       c/o Edwin G. Rice
Case 8:13-bk-15285-MGW                 Glenn Rasmussen, P.A.                     Glenn Rasmussen, P.A.
Middle District of Florida             100 S. Ashley Drive, Suite 1300           100 S. Ashley Drive, Suite 1300
Tampa                                  Tampa, FL 33602-5364                      Tampa, FL 33602-5364
Tue Apr 29 16:05:34 EDT 2014

Thomas Frederick                       End of Label Matrix
c/o Craig E. Rothburd, P.A.            Mailable recipients    3
320 W. Kennedy Blvd., Suite 700        Bypassed recipients    0
Tampa, Florida 33606-1459              Total                  3
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:13-bk-15286-MGW<br>Middle District of Florida<br>Tampa<br>Tue Apr 29 16:07:37 EDT 2014 | Art Linares<br>Scrub Island LLC<br>242 Toby Hill Rd<br>Westbrook, CT 06498-3521 | Blue Water Traders<br>c/o Oscar Juelle<br>PMB 302 Suite 9A, B-5 Calle Tabonuco<br>Guaynabo, PR 00968 |
| MHLSC Management<br>c/o Michael McCann<br>3004 Georgetown<br>Houston, TX 77005-3030 | Oscar Rivera<br>664 Calle Concordia<br>San Juan, PR 00907-3509 | Pablo Dardet<br>P.O. Box 194925<br>San Juan PR 00919-4925 |
| Thomas Frederick<br>10705 Lake Alice Cove<br>Odessa, FL 33556-4947 | United States Trustee<br>C/O Denise E Barnett, Esq<br>501 East Polk St Ste 1200<br>Tampa, FL 33602-3945 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total                  7 |