UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,

SCRUB ISLAND CONSTRUCTION
LIMITED,

        Debtors.
_____/

Chapter 11

Case No. 8:13-bk-16285-MGW

Jointly Administered with
Case No. 3:13-bk-15286-MGW

## MEDIATOR'S REPORT AND NOTICE OF COMPLETION OF MEDIATION AND IMPASSE

Pursuant to Local Rule 9019-2, a mediation conference was held on April 29 and June 24, 2014, and the results of that conference are indicated below:

A.     The following individuals were present:

    1.     Parties (name and capacity):

        a.     Calixto Garcia-Velez and Lawrence Odell, as corporate representatives for FirstBank Puerto Rico;

        b.     Joe Collier, as corporate representative for Scrub Island Development Group Limited and Scrub Island Construction Limited;

        c.     Meade Malone, as receiver appointed by the Eastern Caribbean Supreme Court in the High Court of Justice over certain assets of the Debtors; and

        d.     Art Linares, as a member of the Official Committee of Unsecured Creditors.

    2.     Counsel of record (name and party representing):

        a.     Keith Fendrick and Zachary H. Smith, as counsel for FirstBank Puerto Rico;

TPA511922546

      b.      Harley E. Riedel and Charles A. Postler, as counsel for Debtors;

      c.      Elizabeth A. Green, as counsel for Meade Malone, receiver; and

      d.      Robert B. Glenn and Edwin G. Rice, as counsel for the Official Committee of Unsecured Creditors.

B.      The following parties failed to appear and/or participate as volunteered:

None

C.      The outcome of the mediation conference was:

**IMPASSE**

Dated: June 24, 2014

/s/ Robert A. Soriano
Robert A. Soriano (FBN 445002)
E-mail: sorianor@gtlaw.com
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF to all parties participating in CM/ECF Electronic Noticing, this the 24th day of June, 2014.

/s/ Robert A. Soriano