# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SCRUB ISLAND DEVELOPMENT GROUP LIMITED,** | **Case No. 8:13-bk-15285-MGW** |
| | **Jointly Administered with** |
| **SCRUB ISLAND CONSTRUCTION LIMITED,** | **Case No. 8:13-bk-15286-MGW** |
| Debtors. | |
| _____/ | |
| **SCRUB ISLAND DEVELOPMENT GROUP LIMITED,** | **Case No. 8:13-bk-15285-MGW** |
| Applicable Debtor. | |
| _____/ | |

## ORDER GRANTING
## DEBTOR'S MOTION FOR AUTHORITY TO OBTAIN INTERIM
## POSTPETITION FINANCING AND GRANT SENIOR LIENS AND
## SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS
## PURSUANT TO 11 U.S.C. § 364(c) AND F.R.B.P. 4001

THIS CASE came on for hearing before the Court on June 25, 2014, at 8:30 a.m. (the "**Hearing**"), on the Debtor's Motion for Authority to Obtain Interim Postpetition Financing and Grant Senior Liens and Superpriority administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001 [Doc. No. 235] (the "**Motion**")[1]. The Court, having reviewed and considered the Motion and having heard the arguments and proffers of counsel at the Hearing,

---

[1] Unless otherwise indicated, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

and for the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED**:

1. The Motion is GRANTED.

2. The Debtor is authorized to obtain financing and grant liens pursuant to 11 U.S.C. § 364(c) in accordance with the terms and conditions of the Motion.  Should Mainsail agree to defer repayment of the DIP Facility notwithstanding the Debtor's collection of the Receivable, the DIP Facility shall continue to enjoy the §364(c)(1) priority described in the Motion, shall be payable from revenues of the Debtor (including the proceeds of any further borrowing by the Debtor under §364), and shall mature on the date of the Confirmation Hearing scheduled in this case.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on August 04, 2014, *nunc pro tunc* as of June 25, 2014.

MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

Attorney Charles A. Postler is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.