UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,

SCRUB ISLAND CONSTRUCTION
LIMITED,

Debtors.

_____/

Chapter 11

Case No. 8:13-bk-15285-MGW

Jointly Administered with

Case No. 8:13-bk-15286-MGW

**MODIFICATION OF DEBTORS' FIRST AMENDED JOINT PLAN OF
REORGANIZATION FOR TREATMENT OF CLASS 10 UNSECURED CLAIMS
OF MAINSAIL RELATED ENTITIES AND SIDG SHAREHOLDERS**

Scrub Island Development Group Limited and Scrub Island Construction Limited, as Debtors and Debtors in Possession in the Bankruptcy Cases, hereby modify their First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code, dated as of July 11, 2014 [Doc. No. 256] (the "**Plan**"), pursuant to the provisions of the Plan and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, as follows:

1.  Article 5.11.3 of the Plan is modified so that it reads as follows:

    5.11.3 Except as set forth in the last sentence of this Article 5.11.3 and notwithstanding anything to the contrary contained in the Plan, no Distributions shall be made under the Plan as to the Mainsail Claims or the SIDG Shareholder Claims until the Plan Funder Loan Amount and the Allowed Claims of all Creditors (including FirstBank) have been paid in full, at which time Reorganized SIDG shall pay the Mainsail Claims and the SIDG Shareholder Claims in full (or the same percentage thereof that will have then been paid to Holders of Class 10 Allowed Unsecured Claims) out of available surplus cash flow. To the extent that the Claim of FirstBank is subordinated to other Claims (including the Mainsail Claims and the SIDG Shareholder Claims) pursuant to an order of the Bankruptcy Court, then, in accordance with such order, the Mainsail Claims and the SIDG

       Shareholder Claims shall be paid in full before the subordinated FirstBank Claim or as otherwise ordered by the Bankruptcy Court.

2.      Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed thereto in the Plan.

/s/ Charles A. Postler
Harley E. Riedel (Florida Bar No. 183628)
Charles A. Postler (Florida Bar No. 455318)
Daniel R. Fogarty (Florida Bar No. 0017532)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone:    (813) 229-0144
Facsimile:    (813) 229-1811
Email: hriedel@srbp.com
       cpostler@srbp.com
       dfogarty@srbp.com
Counsel for Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Modification of Debtors' First Amended Joint Plan of Reorganization For Treatment of Class 10 Unsecured Claims of Mainsail Related Entities and SIDG Shareholders has been furnished on this 23rd day of November, 2014, by the Court's CM/ECF Transmission to all parties receiving electronic noticing in these cases.

/s/ Charles A. Postler
Harley E. Riedel (Florida Bar No. 183628)
Charles A. Postler (Florida Bar No. 455318)