UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Chapter 11

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,  Case No. 8:13-bk-15285-MGW

SCRUB ISLAND CONSTRUCTION
LIMITED,  Jointly Administered with

Case No. 8:13-bk-15286-MGW

Debtors.

_____/

**SUBMISSION OF FIRSTBANK PUERTO RICO'S POSITIONS
WITH RESPECT TO CONTESTED ISSUES AND
RESOLVED ISSUES REGARDING DEBTORS' SECTION 1111(b)
FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Secured creditor FirstBank Puerto Rico ("FirstBank"), pursuant to the Court's instructions at the hearing held on December 22, 2014 in this matter, following its meeting and conference with Debtors' counsel, submits its position with respect to contested issues and resolved issues regarding the Debtors' First Amended Joint Plan of Reorganization as modified, inter alia, to address FirstBank's Section 1111(b)(2) election (the "Plan").

FirstBank is relying upon the testimony and exhibits entered at the confirmation hearing and the following pleadings in this matter in making this submission:

1. First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited Under Chapter 11 of Title 11, United States Code [Doc. No. 256];

2. Objection of FirstBank Puerto Rico to Approval of Debtors' First Amended Joint Disclosure Statement for First Amended Joint Plan of Reorganization [Docket No. 351];

3. Objection of FirstBank Puerto Rico to Confirmation of First Amended Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited [Doc No. 352];

4. Modification of First Amended Joint Plan of Reorganization for Treatment of Class 11 Unsecured Claims of the SIU Entities [Doc. No. 356];

5. Objection of FirstBank Puerto Rico to Debtors' Modification of First Amended Joint Plan of Reorganization for Treatment of Class 11 Unsecured Claims of the SIU Entities [Doc No. 366];

6. Debtors' Modification to First Amended Joint Plan of Reorganization to Address Section 1111(B) Election [Doc No. 368];

7. Notice of Filing Supplement to Revised Financial Projections Regarding §1111(b) Election [Doc No. 384];

8. Supplemental Objection of FirstBank Puerto Rico to Address Debtors' Modification of First Amended Joint Plan on Account of FirstBank's Section 1111(b) Election [Doc No. 411];

9. Debtors' Preliminary Post-Mediation Statement as to Confirmation of the Debtors' Plan of Reorganization and the Pending Adversary Proceedings [Doc No. 441], and FirstBank's forthcoming Response to the foregoing; and

10. Complaint for Declaratory Relief, Adv. Proc. No. 8:14-ap-00987 [Doc. No. 1] (the "SIU Adversary").

I. FIRSTBANK'S STATEMENT OF CONTESTED ISSUES

FirstBank submits the following issues preclude confirmation of the Plan:

1. The proposed use of FirstBank's collateral to develop units or property without FirstBank's consent is patently illegal as is the use of a portion of the sales proceeds of FirstBank's collateral. Under the Plan, FirstBank does not retain its current liens and does not receive the indubitable equivalent of its claims.

2. The Plan fails to satisfy §1129(b)(2)(A)(i)'s lien retention requirement.

3. The lengthy payment period combined with the necessity of multiple levels of never before achieved success, against a prepetition history of extensive and chronic financial losses, precludes a finding of feasibility.

4. The lengthy payment period is unfair and inequitable.

5. The Debtors cannot dictate to FirstBank what FirstBank must accept as cure payments from FirstBank's non-Debtor borrowers such as Linares/Foster and Bluewater and cannot force FirstBank to modify its borrower under loans to non-Debtors that are secured by non-Debtor assets.

6. The proposed purchase of the SIU facility by the Debtors results in a breach of contract claim against SIU, a Class 10 rejection damages claim held by FirstBank

against the Debtors, and potential <u>LaSalle</u> and absolute priority violations, which are not addressed by the Plan.  Additionally, the Debtors' actions with respect to the SIU treatment deprive FirstBank of notice and due process with respect to the SIU Adversary and FirstBank's contractual property rights against a non-Debtor.

7. The Plan fails to disclose the post-Effective Date ownership structure of the Debtors.

8. The Plan fails to disclose the specific funding contributions or obligations of any of the SIDG Contributing Shareholders or RCB, and what those parties are proposed to receive in exchange.  To date, the Debtors have failed to produce a single executed document with their Plan Funder.

9. The Plan fails to set forth the specific payments to be made to FirstBank, therefor making it impossible for FirstBank to monitor compliance with the Plan or to determine when there has been a default under the Plan.

10. The Plan fails to disclose the proposed officers and directors of the Reorganized Debtors, or their compensation.

11. The Plan improperly results in a deemed substantive consolidation of the Debtors.

12. The Plan's broad third-party release provisions are illegal and cannot be approved.

With the exception of issue 9 above, each of these issues above are discussed more fully and case law cited in the Objection of FirstBank Puerto Rico to Confirmation of First Amended Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited [Doc No. 352], Objection of FirstBank Puerto Rico to Confirmation of First Amended Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited [Doc No. 352], and Supplemental Objection of FirstBank Puerto Rico to Address Debtors' Modification of First Amended Joint Plan on Account of FirstBank's Section 1111(b) Election [Doc No. 411].

I.   FIRSTBANK'S STATEMENT OF RESOLVED ISSUES

FirstBank believes the following objections have been resolved and will be addressed in a Plan modification and/or confirmation order. If they are not resolved, FirstBank would include them as contested issues:

1. Joe Collier's existing guaranty will remain in full force and effect.

2. As set forth in the modification related to class 10 (Doc. No. 395) the Mainsail claims and the SIDG shareholder claims (both as defined in the Plan) will receive no payments until FirstBank has been paid in full under the Plan on its secured claim, which FirstBank contends is approximately $122 million after making the §1111(b)(2) election.

/s/ W. Keith Fendrick
W. Keith Fendrick, Esq.
Florida Bar No. 0612154
E-Mail: keith.fendrick@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602
Tel: 813-227-8500
Fax: 813-229-0134

-and-

Zachary H. Smith, Esq.*
E-Mail: zacharysmith@mvalaw.com
MOORE & VAN ALLEN PLLC
Suite 4700
100 North Tryon Street
Charlotte, NC  28202-4003
Tel:  704-331-1000
Fax:  704-331-1159
*Admitted pro hac vice.*
*Admitted in New York only.  Not admitted in North Carolina.

*Attorneys for FirstBank Puerto Rico*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 24, 2014 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court via the CM/ECF system, which will send an electronic notification to all CM/ECF Participants.

                                          /s/ W. Keith Fendrick
                                          Attorney