**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    **Chapter 11**

**SCRUB ISLAND DEVELOPMENT**
**GROUP LIMITED,**                        **Case No. 8:13-bk-15285-MGW**

                                                    **Jointly Administered with**

**SCRUB ISLAND CONSTRUCTION**
**LIMITED,**                                     **Case No. 8:13-bk-15286-MGW**

          **Debtors.**
_____/

**NOTICE OF FILING OF FIRST AMENDED JOINT PLAN OF REORGANIZATION**
**OF SCRUB ISLAND DEVELOPMENT GROUP LIMITED AND SCRUB ISLAND**
**CONSTRUCTION LIMITED UNDER CHAPTER 11 OF TITLE 11, UNITED STATES**
**CODE, AS MODIFIED AND CONFIRMED, DATED AS OF JULY 11, 2014**

Scrub Island Development Group Limited and Scrub Island Construction Limited, as debtors and debtors in possession (collectively referred to as the "**Debtors**"), by and through their undersigned attorneys, hereby state as follows:

1.     Attached hereto as <u>Exhibit A</u> is a clean copy of the First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code, as Modified and Confirmed, dated as of July 11, 2014 (the "**Modified Plan**").

2.     Pursuant to Local Rule 3020-1(a), the Modified Plan incorporates modifications made to the First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code dated as of July 11, 2014 [Doc. No. 256] (the "**First Amended Plan**").

3.     Attached hereto as <u>Exhibit B</u> is a version of the Modified Plan that has been black-lined to reflect the modifications made to the First Amended Plan.

Dated:  January 15, 2015

                                        */s/ Charles A. Postler*_____
                                        Harley E. Riedel (Florida Bar No. 183628)
                                        Charles A. Postler (Florida Bar No. 455318)
                                        Stichter, Riedel, Blain & Prosser, P.A.
                                        110 East Madison Street, Suite 200
                                        Tampa, Florida 33602
                                        Telephone: (813) 229-0144
                                        Facsimile: (813) 229-1811
                                        hriedel@srbp.com
                                        cpostler@srbp.com
                                        Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Filing of First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code, as Modified and Confirmed, Dated as of July 11, 2014** (with attached Exhibits A and B) has been furnished on this 15th day of January, 2015 by **CM/ECF Transmission** to  the United States Trustee and to all other parties receiving electronic service in these cases.


*/s/ Charles A. Postler*
Charles A. Postler