UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SCRUB ISLAND DEVELOPMENT GROUP LIMITED, | Case No. 8:13-bk-15285-MGW |
| SCRUB ISLAND CONSTRUCTION LIMITED, | *Jointly* Administered *with* Case No. 8:13-bk-15286-MGW |
| Debtors._____/ | |

**NOTICE OF FILING PROPOSED ORDER ON
REORGANIZED DEBTORS' MOTION (I) TO COMPEL
IMMEDIATE COMPLIANCE BY FIRSTBANK PUERTO
RICO WITH DEBTORS' CONFIRMED PLAN, CONFIRMATION
ORDER AND FINAL JUDGMENT AND (II) FOR SANCTIONS**

Plaintiffs, SCRUB ISLAND DEVELOPMENT GROUP LIMITED ("**SIDG**") and SCRUB ISLAND CONSTRUCTION LIMITED (collectively, the "**Debtors**"), by and through their undersigned attorneys, hereby file this Notice of Filing Proposed Order on Reorganized Debtors' Motion (I) to Compel Immediate Compliance by FirstBank Puerto Rico with Debtors' Confirmed Plan, Confirmation Order and Final Judgment and (II) for Sanctions attached hereto as Exhibit "A," in connection with hearings scheduled for March 2, 2015, at 8:30 a.m. This is filed only as a proposed order. Nothing herein should be read to suggest that any third party has agreed to the entry of this order.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Proposed Order on Reorganized Debtors' Motion (I) to Compel Immediate Compliance by FirstBank Puerto Rico with Debtors' Confirmed Plan, Confirmation Order and Final Judgment and (II) for Sanctions (with attached Exhibit "A") has been furnished on February 27, 2015, by

either the Court's CM/ECF Transmission or electronic mail transmission to those parties receiving notice electronically.

                                          /s/ *Harley E. Riedel*
                                          Harley E. Riedel (Florida Bar No. 183628)
                                          Charles A. Postler (Florida Bar No. 455318)
                                          Stichter, Riedel, Blain & Prosser, P.A.
                                          110 East Madison Street, Suite 200
                                          Tampa, Florida  33602
                                          Telephone:   (813) 229-0144
                                          Facsimile:     (813) 229-1811
                                          Email:          hriedel@srbp.com
                                                                     cpostler@srbp.com
                                          Attorneys for Reorganized Debtors

H:\User\Scrub Island Development Group Limited\Notices\NOF proposed order.doc

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SCRUB ISLAND DEVELOPMENT GROUP LIMITED,** | **Case No. 8:13-bk-15285-MGW** |
| | **Jointly Administered with** |
| **SCRUB ISLAND CONSTRUCTION LIMITED,** | **Case No. 8:13-bk-15286-MGW** |
| Debtors. _____/ | |

**ORDER GRANTING REORGANIZED DEBTORS' MOTION**
**(I) TO COMPEL IMMEDIATE COMPLIANCE BY FIRSTBANK**
**PUERTO RICO WITH DEBTORS' CONFIRMED PLAN, CONFIRMATION**
**ORDER AND FINAL JUDGMENT AND (II) FOR SANCTIONS**

THIS CASE came on for hearing before the Court on March 2, 2015, at 8:30 a.m. (the "**Hearing**"), on the Reorganized Debtors' Motion (I) to Compel Immediate Compliance by FirstBank Puerto Rico with Debtors' Confirmed Plan, Confirmation Order and Final Judgment and (II) for Sanctions [Doc. No. 538] (the "**Motion**") [1]. For the reasons announced on the record at the Hearing which shall constitute the decision of the Court, it is

**ORDERED**:

1. The Motion is GRANTED.

2. The Court finds that FirstBank is in contempt of the Confirmation Order and the Final Judgment. FirstBank Puerto Rico ("**FirstBank**") may purge its contempt by taking, and shall in any event immediately take, the following actions:

    a. execute the Discharge of Charge (attached as <u>Exhibit A</u> to the Motion) (the "**Discharge**") and file the executed Discharge with the Registrar's

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed thereto in the Motion.

    Office in the British Virgin Islands by no later than March 3, 2015 at 5:00 p.m. and immediately furnish proof of filing the Discharge to Debtors' counsel;

  b. file the Notice of Application with proposed consent order (attached as Exhibit B to the Motion) (the "**Notice**") in the BVI Action by no later than March 3, 2015 at 5:00 p.m. and simultaneously furnish proof of filing the Notice to Debtors' Bankruptcy and BVI counsel;

  c. execute the forms of Loan Agreement, Promissory Note, Deposit Control Agreement, Consent to Second Charge and Consent to Transfer of Ownership attached to the February 3, 2015 letter attached as Exhibit C to the Motion and deliver the original executed documents to Debtors' counsel by no later than March 3, 2015 at 5:00 p.m.; and

  d. furnish to Debtor's counsel (i) an itemized statement as to the amounts necessary to cure any existing defaults on the Blue Water Traders Loan and the Linares/Foster Loan at non-default rates of interest, and (ii) an itemized statement showing the calculation of the monthly amounts necessary for Reorganized SIDG to make regular monthly payments on the Blue Water Traders Loan and the Linares/Foster Loan.

3. FirstBank shall respond no later than March 4, 2015 at 5:00 p.m. to the other items set forth in February 3, 2014 letter from Debtors' counsel to counsel for FirstBank. FirstBank shall fully cooperate with the Debtors to close the transactions forming part of the Plan and without delay execute any and all documents necessary to consummate the transactions.

4. The Court reserves ruling on the sanctions to be imposed against FirstBank with respect to FirstBank's contempt of the Confirmation Order and Final Judgment pending the completion of discovery and FirstBank's compliance with its ongoing obligations.

5. The Court will schedule a further hearing to determine sanctions to be imposed against FirstBank for contempt. The Debtors are authorized to engage in discovery with respect to same.

6. The Court retains jurisdiction to implement the terms of this Order.

**DATED:** _____.

*PROPOSED ORDER*

MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

Charles A. Postler, Esq. Esq. is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of this Order.

3