UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SCRUB ISLAND DEVELOPMENT GROUP LIMITED, | Case No. 8:13-bk-15285-MGW |
| | Jointly Administered with |
| SCRUB ISLAND CONSTRUCTION LIMITED, | Case No. 8:13-bk-15286-MGW |
| Debtors._____/ | |

### ORDER GRANTING JOINT AGREED MOTION TO APPROVE MODIFICATION OF CONFIRMED PLAN PURSUANT TO MEDIATION SETTLEMENT

This case came before the Court for hearing on March 11, 2015, at 11:00 a.m., upon the Joint Agreed Motion to Approve Modification of Confirmed Plan Pursuant to Mediation Settlement (the "**Motion to Modify**") (Doc. No. 587) filed by Scrub Island Development Group Limited ("**SIDG**") and Scrub Island Construction Limited, as the Reorganized Debtors, and FirstBank Puerto Rico ("**FirstBank**"). Notice of the hearing was provided by electronic communication and telephone by counsel for the Reorganized Debtors. Counsel for FirstBank, Arturo Linares, David Foster, Scrub Island, LLC, Marriott International, Inc., and the Office of the U.S. Trustee appeared at the hearing. The parties seek to modify the treatment of FirstBank under the Modified Plan (see Doc. No. 464-1) (the "**Plan**"),[1] as currently set forth in Article 5.3 of the Plan, to conform with the terms of the Settlement Term Sheet (the "**Settlement Agreement**") attached as Exhibit A to the Motion to Modify.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed thereto in the Plan.

On January 20, 2015, this Court entered an Order Confirming First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited Under Chapter 11 of Title 11, United States Code Dated as of July 11, 2014, as Modified, Pursuant to 11 U.S.C. § 1129 (Doc. No. 472) (the "**Confirmation Order**").  The Plan provided two options for the treatment of FirstBank. Moreover, the Plan also provided, at Article 5.3.6, "Notwithstanding the above [the two payment options], FirstBank may be paid under such other terms as may be mutually agreed upon by FirstBank and the Debtors or the Reorganized Debtors, as the case may be."  The Plan provided that the Court would retain jurisdiction to approve Plan modifications and settlements of litigation.  Articles 12.2.7; 12.2.8.  The Court also retained jurisdiction in the Confirmation Order to grant broad, Plan-related relief in the pending litigation, and to approve any post-confirmation settlements.

This Court, therefore, has jurisdiction to grant the Motion to Modify and approve the Settlement Agreement and related Plan modification (a) as a fair and equitable resolution of Adv. Pro. No. 8:14-ap-00534-MGW, (b) as a Plan modification, and (c) as an independent post-confirmation contract between the parties to the Settlement Agreement.  The Court is very familiar with the facts and circumstances underlying these cases, has reviewed the Settlement Agreement, and finds that the Motion to Modify should be granted, the Settlement Agreement should be approved, and the Plan and the Confirmation Order should be modified to conform to the Settlement Agreement.  The Court notes that the closing under the Settlement Agreement is scheduled to occur on or before April 1, 2015, and recognizes that issues may arise before then that require judicial attention, which may include issues concerning the effect of the Settlement Agreement on other creditors and their claims.  The Court retains jurisdiction to hear and resolve

any such disputes and will hear any such matters upon shortened notice. Therefore, for the reasons stated in open court, which shall constitute the decision of the Court, it is:

**ORDERED AND ADJUDGED**:

1. The Motion to Modify is GRANTED.

2. The Settlement Agreement is approved. The Plan and the Confirmation Order are modified to conform to the Settlement Agreement.

3. The terms of the Settlement Agreement shall constitute a binding contract between the parties that is enforceable pursuant to its terms.

4. The parties are authorized and directed to implement the terms of the Settlement Agreement and to prepare all documents necessary to effectuate the terms of the Settlement Agreement. The Court retains jurisdiction to resolve all disputes related thereto.

5. In light of the April 1, 2015 closing date, the Court shortens notice with respect to resolution of any disputes regarding implementation of the Settlement Agreement, including any issues related to loan documents. Counsel are directed, in the event of such issues, to arrange a telephonic conference with the Court, which will be followed, if necessary, by a hearing.

6. Upon closing of the Settlement Agreement, the parties shall take the required action to dismiss all litigation, including appeals, that remains pending, whether in the United States or the British Virgin Islands.

**DATED:** March 13, 2015

_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

Attorney Daniel R. Fogarty is directed to serve a copy of this order on those parties receiving notice via cm/ecf and local 1007-2 parties in interest matrix and file a proof of service within 3 days of entry of the order.
H:\User\Scrub Island Development Group Limited\Orders\Order Approving FirstBank Settlement-4.docx