UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Chapter 11

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,                                   Case No. 8:13-bk-15285-MGW

                                                 Jointly Administered with

SCRUB ISLAND CONSTRUCTION
LIMITED,                                         Case No. 8:13-bk-15286-MGW

   Debtors.
_____/

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,                                   Case No. 8:13-bk-15285-MGW

   Applicable Debtor.
_____/

JOINT MOTION OF SCRUB ISLAND DEVELOPMENT GROUP LIMITED
AND FIRSTBANK PUERTO RICO TO APPROVE TRANSFER
OF TITLE TO OCEAN VIEW VILLA #11, IN FURTHERANCE OF
SETTLEMENT ORDER AND CONSUMMATION OF FINAL MODIFIED PLAN

> A hearing on this Motion will be held on June 10, 2015, at 9:30 a.m., in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, before the Honorable Michael G. Williamson, Bankruptcy Judge.

Scrub Island Development Group Limited ("Reorganized SIDG") and FirstBank Puerto Rico ("FirstBank," together with Reorganized SIDG, the "Parties") hereby respectfully submit this Joint Motion of Scrub Island Development Group Limited and FirstBank Puerto Rico to Approve Transfer of Title to Ocean View Villa #11, in Furtherance of Settlement Order and Consummation of Final Modified Plan (the "Motion"), and, in support hereof, respectfully represent:

## BACKGROUND

1. On November 19, 2013, Scrub Island Development Group Limited and Scrub Island Construction Limited (collectively, the "Debtors") each filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On July 11, 2014, the Debtors filed with the Court their (i) First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code dated as of July 11, 2014 (Doc. No. 256) (the "Original Plan"), and (ii) First Amended Joint Disclosure Statement for First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code dated as of July 11, 2014 (Doc. No. 257).

3. On January 15, 2015, the Debtors filed with the Court their First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code, As Modified and Confirmed dated as of July 11, 2014 (Doc. No. 464-1) (the "Modified Plan"), which modified the Original Plan.

4. On January 20, 2015, over the objections of FirstBank, the Court entered its Order Confirming First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited under Chapter 11 of Title 11, United States Code Dated as of July 11, 2014, As Modified, Pursuant to 11 U.S.C. § 1129 (Doc. No. 472) (the "Confirmation Order"), which confirmed the Modified Plan in all respects.

5. On January 21, 2015, FirstBank timely filed a Notice of Appeal of the Confirmation Order (Doc. No. 474), and thereafter filed motions with the Bankruptcy Court, the

United States District Court for the Middle District of Florida (Tampa Division) (the "District Court") and the United States Court of Appeals for the Eleventh Circuit seeking a stay of the Confirmation Order, as well as notices of appeal with respect to certain other orders of the Bankruptcy Court and the District Court (collectively, the "FirstBank Appeals"). As of the date hereof, (i) the Bankruptcy Court and the District Court have entered orders denying the motions filed by FirstBank seeking a stay of the Confirmation Order, and (ii) the FirstBank Appeals are pending or have been dismissed without prejudice, and will be dismissed and/or withdrawn with prejudice upon and simultaneously with the Closing (as defined below).

6. On January 30, 2015, the Effective Date of the Modified Plan occurred.

7. On March 4, 2015, following judicial mediation ordered by the Court, the Parties entered into the Scrub Island Development Group Limited Term Sheet (the "Settlement Term Sheet"), providing for, among other things, the full and final resolution and settlement of all disputes involving the Debtors and FirstBank, subject to approval of the Settlement Term Sheet by the Court and the documentation and consummation of the transactions referenced therein (the "Closing").

8. On March 10, 2015, the Debtors and FirstBank filed with the Court their Joint Agreed Motion to Approve Modification of Confirmed Plan Pursuant to Mediation Settlement [Doc. No. 587] (the "Settlement Motion") seeking approval by the Court of the terms set forth in the Settlement Term Sheet.

9. On March 13, 2015, the Court entered its Order Granting Joint Agreed Motion to Approve Modification of Confirmed Plan Pursuant to Mediation Settlement [Doc. No. 591] (the "Settlement Order"), which (i) granted the Settlement Motion; (ii) approved the terms of the Settlement Term Sheet and the modification of the Modified Plan and the Confirmation Order in

accordance with the Settlement Term Sheet; and (iii) authorized and directed the Parties to take any and all actions necessary to document the transactions described in the Settlement Term Sheet and consummate the Closing. The Modified Plan as modified in accordance with the Settlement Term Sheet and the Settlement Order is referred to herein as the "Final Modified Plan". The Confirmation Order as modified in accordance with the Settlement Term Sheet and the Settlement Order is referred to herein as the "Final Modified Confirmation Order".

10. With respect to Ocean View Villa #11 located on Little Scrub Island ("OV11"), the Settlement Term Sheet provides:

> Title to OV 11. FirstBank shall retain title to OV 11 and shall place it in the rental program for as long as it continues to own it. FirstBank may reserve the unit for its own use in its discretion as detailed in the rental program.

Settlement Term Sheet, page 4.

11. In connection with the Parties' diligence and documentation in furtherance of the Closing, the Parties determined that, as a technical matter, legal title to OV11 is presently held by Scrub Island Development Group Limited for the exclusive benefit of FirstBank, and that a correction in the Land Registry of the Ministry of Natural Resources and Labour, Territory of the British Virgin Islands is necessary to formally effectuate and reflect the transfer of title to OV11 from Reorganized SIDG to FirstBank (or a wholly-owned subsidiary thereof to be determined prior to Closing) (such entity, the "FirstBank OV11 Owner"). Accordingly, at the Closing, the Parties intend to enter into that certain Transfer of Land (the "Transfer of Land"), in the form attached to this Motion as Exhibit A, providing for the transfer of legal title to OV11 from Reorganized SIDG to the FirstBank OV11 Owner.

## RELIEF REQUESTED

12. By this Motion, in furtherance of the Settlement Order and the Closing, the Parties request that the Court enter the proposed agreed order attached to this Motion as Exhibit B, authorizing and approving the Transfer of Land, including, without limitation, the transfer of legal title to OV11 by Reorganized SIDG to the FirstBank OV11 Owner as set forth therein.

## BASIS FOR RELIEF REQUESTED

13. As stated above, the Court previously entered the Settlement Order, which, among other things, approved the Settlement Term Sheet and authorized the Parties to take any and all actions necessary to consummate the Closing. The Settlement Term Sheet states that FirstBank shall "retain" title to OV11; however, based upon the Parties' subsequent due diligence, the Parties determined that legal title to OV11 is presently held by Scrub Island Development Group Limited for the exclusive benefit of FirstBank pursuant to certain prepetition documentation. As the Settlement Term Sheet provides that FirstBank will retain title to OV11, the transfer of legal title to OV11 from Reorganized SIDG to FirstBank is necessary to remedy a technical matter pertaining to the Closing. The Parties respectfully submit that the relief requested herein is ministerial in nature, in furtherance of the previously approved Settlement Term Sheet, and further authorized and permitted under the Final Modified Plan and the Final Modified Confirmation Order.

## CONCLUSION

WHEREFORE, the Parties respectfully request that the Court enter the proposed agreed order attached to this Motion as Exhibit B and grant such other and further relief as is just and appropriate.

Dated: June 5, 2015

/s/ Charles A. Postler
Harley E. Riedel, Esq.
Florida Bar No. 183628
E-Mail: hriedel@srbp.com
Charles A. Postler, Esq.
Florida Bar No. 455318
E-Mail: cpostler@srbp.com
Daniel R. Fogarty, Esq.
Florida Bar No. 0017532
E-Mail: dfogarty@srbp.com
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison St., Suite 200
Tampa, FL 33602
Tel: (813) 229-0144
Fax: (813) 229-1811

*Attorneys for Reorganized SIDG*

*Pursuant to Local Rule 9011-4(d) regarding signatures, Charles A. Postler attests that concurrence in the filing of this paper has been obtained.*

/s/ W. Keith Fendrick
W. Keith Fendrick, Esq.
Florida Bar No. 0612154
E-Mail: keith.fendrick@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602
Tel: 813-227-8500
Fax: 813-229-0134

-and-

Zachary H. Smith, Esq.*
E-Mail: zacharysmith@mvalaw.com
MOORE & VAN ALLEN PLLC
Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003
Phone: 704-331-1000 – Fax: 704-331-1159
*Admitted pro hac vice.*
*Admitted in New York only. Not admitted in North Carolina.

*Attorneys for FirstBank Puerto Rico*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Joint Motion of Scrub Island Development Group Limited and FirstBank Puerto Rico to Approve Transfer of Title to Ocean View Villa #11, in Furtherance of Settlement Order and Consummation of Final Modified Plan** with attached Exhibits A and B has been furnished by (i) the Court's CM/ECF Transmission to the Office of the United States Trustee and all other parties receiving electronic noticing in these cases, and (ii) United States First Class Mail to all parties set forth on the Local Rule 1007(d) Parties in Interest Lists for these cases attached hereto, on this 5th day of June, 2015.

/s/ Charles A. Postler
Charles A. Postler

```
Label Matrix for local noticing          Logan Investments as servicer for RCB      Official Unsecured Creditors' Committee
113A-8                                   c/o Richard McIntyre                       c/o Edwin G. Rice
Case 8:13-bk-15285-MGW                   6943 East Fowler Avenue                    Glenn Rasmussen, P.A.
Middle District of Florida               Temple Terrace, FL 33617-1714              100 S. Ashley Drive, Suite 1300
Tampa                                                                               Tampa, FL 33602-5364
Fri Jun  5 12:19:18 EDT 2015

Official Unsecured Creditors' Committee  Scrub Island Associates                    Thomas Frederick
c/o Robert B. Glenn                      c/o Marsha Rydberg                         c/o Craig E. Rothburd, P.A.
Glenn Rasmussen, P.A.                    201 N. Franklin St., Ste. 1625             320 W. Kennedy Blvd., Suite 700
100 S. Ashley Drive, Suite 1300          Tampa, FL 33602-5113                       Tampa, Florida 33606-1459
Tampa, FL 33602-5364


End of Label Matrix
Mailable recipients     5
Bypassed recipients     0
Total                   5
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:13-bk-15286-MGW<br>Middle District of Florida<br>Tampa<br>Fri Jun  5 12:22:06 EDT 2015 | Art Linares<br>Scrub Island LLC<br>242 Toby Hill Rd<br>Westbrook, CT 06498-3521 | Blue Water Traders<br>c/o Oscar Juelle<br>PMB 302 Suite 9A, B-5 Calle Tabonuco<br>Guaynabo, PR 00968 |
| MHLSC Management<br>c/o Michael McCann<br>3004 Georgetown<br>Houston, TX 77005-3030 | Oscar Rivera<br>664 Calle Concordia<br>San Juan, PR 00907-3509 | Pablo Dardet<br>P.O. Box 194925<br>San Juan PR 00919-4925 |
| Thomas Frederick<br>10705 Lake Alice Cove<br>Odessa, FL 33556-4947 | United States Trustee<br>C/O Denise E Barnett, Esq<br>501 East Polk St Ste 1200<br>Tampa, FL 33602-3945 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total                  7 |

<u>**Exhibit A**</u>

**Transfer of Land**

## VIRGIN ISLANDS
## THE REGISTERED LAND RULES

**Form RL1** (Rule 5)

## TRANSFER OF LAND

| **Registration Section** | **Block** | **Parcel** |
|---|---|---|
| **Beef Island Group** | 3842A | 47 |

We, **SCRUB ISLAND DEVELOPMENT GROUP LIMITED**, a company organized under the laws of the Virgin Islands and having its registered office at P O Box 961, Road Town, Tortola, British Virgin Islands (hereinafter called the "Transferor", which expression shall where the context so admits include its successors in title and assigns), in consideration of the sum of ONE MILLION FORTY-FIVE THOUSAND DOLLARS United States Currency (US$1,045,000.00) (the receipt whereof is hereby acknowledged), **HEREBY TRANSFER** to [                          ], a company organized under the laws of the Virgin Islands and having its registered office at Craigmuir Chambers, Road Town, Tortola VG1110, British Virgin Islands (hereinafter called the "Transferee"), the land comprised in the above-mentioned parcel **SUBJECT** to the covenants, conditions, restrictions, reservations and grants of easements as set out in the Declaration of Covenants, Conditions, Easements and Restrictions for Scrub Island in The Schedule hereto, as amended from time to time.

Dated this ........ day of _____, 2015

| | |
|---|---|
| The common seal of ) | .................................................. |
| Scrub Island Development Group Limited, ) | Joe C. Collier III |
| the Transferor, was hereunto affixed ) | *for* CIH Loft LLC, Director |
| and attested to by CIH Loft LLC ) | |
| Director and ........................................, ) | .................................................. |
| Director, in the presence of: ) | Director |

..........................................

Witness

| | | | |
|---|---|---|---|
| The common seal of | ) | ............................................. | |
| ................................................, the | ) | [              ], Director | |
| Transferee, was hereunto affixed | ) | | |
| and attested to by [ | ) | | |
| ]. Director and | ) | ............................................. | |
| [              ], Secretary, in the | ) | [              ], Secretary | |
| presence of: | ) | | |

...............................................
Witness

**I HEREBY CERTIFY** that the above-named **Joe C. Collier III** appeared before me on the ....... day of _____ 2015 and being known to me acknowledged the above signature to be his and that he had freely and voluntarily executed this instrument on behalf of CIH Loft LLC in its capacity as a Director of Scrub Island Development Group Limited, and understood its contents.

...............................................
Notary Public

**I HEREBY CERTIFY** that the above-named ..............................................appeared before me on the ....... day of _____ 2015 and being known to me acknowledged the above signature to be his and that he had freely and voluntarily executed this instrument in his capacity as a Director of Scrub Island Development Group Limited, and understood its contents

...............................................
Notary Public

**ACKNOWLEDGED** and subscribed to before me by the above-named ……………………… and ………………………………, both of legal age, ………………… and residents of [………………………], Puerto Rico and [………………………], Puerto Rico, both of whom *I personally know/were identified to me by………………………………… and ……………………………………, in their capacity as duly authorized officers of [                    ]. who confirmed that they had freely and voluntarily executed the foregoing instrument on behalf of [                    ] and understood its contents and ……………………………………, of legal age, *single/married ………………………………… and a resident of ……………………… Puerto Rico, *whom I personally know /identified to me by…………………………………, as witness, in San Juan, Puerto Rico, this ……. day of ………………… 2015.

Affidavit Number…………                              ………………………………
                                                                        Notary Public


*delete the inapplicable

## Exhibit B

**Proposed Agreed Order**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,                                      Case No. 8:13-bk-15285-MGW

                                                    Jointly Administered with

SCRUB ISLAND CONSTRUCTION
LIMITED,                                            Case No. 8:13-bk-15286-MGW

       Debtors.
_____/

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,                                      Case No. 8:13-bk-15285-MGW

       Applicable Debtor.
_____/

AGREED ORDER GRANTING JOINT MOTION OF
SCRUB ISLAND DEVELOPMENT GROUP LIMITED
AND FIRSTBANK PUERTO RICO TO APPROVE TRANSFER
OF TITLE TO OCEAN VIEW VILLA #11, IN FURTHERANCE OF
SETTLEMENT ORDER AND CONSUMMATION OF FINAL MODIFIED PLAN

THIS MATTER came before the Court for hearing on June 10, 2015, at 9:30 a.m., on the Joint Motion of Scrub Island Development Group Limited and FirstBank Puerto Rico to Approve Transfer of Title to Ocean View Villa #11, in Furtherance of Settlement Order and

Consummation of Final Modified Plan (Doc. No. _____) (the "<u>Motion</u>").[1] It appears to the Court that the relief requested in the Motion is reasonable and appropriate, that due and proper notice of the Motion has been provided, and that no other or further notice of the Motion is necessary under the circumstances of these cases.

NOW, THEREFORE, based upon the consent of the Parties and the joint representations set forth in the Motion, and the record of these cases, it is:

**ORDERED:**

1. The Motion is GRANTED.

2. The Transfer of Land, including, without limitation, the transfer of legal title to OV11 by Reorganized SIDG to the FirstBank OV11 Owner, is authorized and approved in all respects.

Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.