UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                           Chapter 11

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,                                   Case No. 8:13-bk-15285-MGW

                                                 Jointly Administered with

SCRUB ISLAND CONSTRUCTION
LIMITED,                                         Case No. 8:13-bk-15286-MGW

        Debtors.
_____/

### NOTICE OF FILING ADDITIONAL EXHIBITS IN SUPPORT OF FINAL APPLICATION OF STICHTER, RIEDEL, BLAIN & POSTLER, P.A. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2014 THROUGH JANUARY 30, 2015

In accordance with the Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (See 78 Federal Register No. 116, 36248 – 36276), Stichter, Riedel, Blain & Postler, P.A. files the attached Exhibits in connection with its Final Application of Stichter, Riedel, Blain & Postler, P.A. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Debtors (Doc. No. 621).

                                    /s/ Charles A. Postler
                                    Harley E. Riedel (Florida Bar No. 183628)
                                    Charles A. Postler (Florida Bar No. 455318)
                                    Stichter, Riedel, Blain & Postler, P.A.
                                    110 East Madison Street, Suite 200
                                    Tampa, Florida  33602
                                    Telephone:    (813) 229-0144
                                    Facsimile:    (813) 229-1811
                                    Email:        hriedel@srbp.com
                                                  cpostler@srbp.com
                                    Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Filing Additional

Exhibits in Support of Final Application of Stichter, Riedel, Blain & Postler, P.A. for Allowance and

Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as

Attorneys for the Debtors for the Period from November 1, 2014 Through January 30, 2015 (with

attached exhibits) has been furnished on this 30th day of June, 2015, by (i) the Court's CM/ECF

Transmission to the Office of the United States Trustee and all other parties receiving electronic

noticing in these cases, and (ii) United States First Class Mail (unless receiving CM/ECF

Transmission) to all parties set forth on the Local Rule 1007(d) Parties in Interest lists attached

hereto.


/s/ Charles A. Postler
Charles A. Postler

Label Matrix for local noticing
113A-8
Case 8:13-bk-15285-MGW
Middle District of Florida
Tampa
Tue Jun 30 16:07:56 EDT 2015

Official Unsecured Creditors' Committee
c/o Robert B. Glenn
Glenn Rasmussen, P.A.
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602-5364


Logan Investments as servicer for RCB
c/o Richard McIntyre
6943 East Fowler Avenue
Temple Terrace, FL 33617-1714


Scrub Island Associates
c/o Marsha Rydberg
201 N. Franklin St., Ste. 1625
Tampa, FL 33602-5113


Official Unsecured Creditors' Committee
c/o Edwin G. Rice
Glenn Rasmussen, P.A.
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602-5364


Thomas Frederick
c/o Craig E. Rothburd, P.A.
320 W. Kennedy Blvd., Suite 700
Tampa, Florida 33606-1459


End of Label Matrix
Mailable recipients      5
Bypassed recipients      0
Total                    5

Label Matrix for local noticing
113A-8
Case 8:13-bk-15286-MGW
Middle District of Florida
Tampa
Tue Jun 30 16:08:44 EDT 2015

Art Linares
Scrub Island LLC
242 Toby Hill Rd
Westbrook, CT 06498-3521

Blue Water Traders
c/o Oscar Juelle
PMB 302 Suite 9A, B-5 Calle Tabonuco
Guaynabo, PR 00968

MHLSC Management
c/o Michael McCann
3004 Georgetown
Houston, TX 77005-3030

Oscar Rivera
664 Calle Concordia
San Juan, PR 00907-3509

Pablo Dardet
P.O. Box 194925
San Juan PR 00919-4925

Thomas Frederick
10705 Lake Alice Cove
Odessa, FL 33556-4947

United States Trustee
C/O Denise E Barnett, Esq
501 East Polk St Ste 1200
Tampa, FL 33602-3945

End of Label Matrix
Mailable recipients    7
Bypassed recipients    0
Total                  7

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit)

| Category of TimeKeeper (using categories already maintained by the firm) | Blended Hourly Rate | |
| --- | --- | --- |
| | Billed or Collected: Firm or offices for preceding year, Excluding bankruptcy | Billed: In this fee application |
| Partner | N/A | $432.25 |
| Associate Attorney | N/A | $238.57 |
| Paralegal | N/A | $190.00 |
| Legal Assistants | N/A | $125.00 |
| All timekeepers aggregated | N/A | $422.32 |

Case Name and Number:  Scrub Island Development Group Limited, Case No. 8:13-bk-15285-MGW
                        Scrub Island Construction Limited, Case No. 8:13-bk-15286-MGW
Applicant's Name:       Stichter, Riedel, Blain & Postler, P.A.
Date of Application:    June 30, 2015
Interim or Final:       Final

EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title or Position | Dept., Group or Section | Date of First Admission | Fees Billed (In this Application) | Hours Billed (In this Application) | Hourly Rate Billed (In this Application) | Hourly Rate Billed (In First Application) | Number of Rate Increases (Since Case Inception) |
|---|---|---|---|---|---|---|---|---|
| Harley E. Riedel | Partner | Firm | 2/5/1974 | $495.00 | 538.60 | $495.00 | | 0 |
| Charles A. Postler | Partner | Firm | 12/27/1984 | $475.00 | 295.50 | $475.00 | | 0 |
| Stephen R. Leslie | Partner | Firm | 4/25/1994 | $410.00 | .40 | $475.00 | | 0 |
| Edward J. Peterson | Partner | Firm | 9/26/2005 | $400.00 | .80 | $400.00 | | 0 |
| Elena P. Ketchum | Partner | Firm | 9/25/1997 | $400.00 | 131.50 | $400.00 | | 0 |
| Amy Denton Harris | Partner | Firm | 4/22/2003 | $350.00 | 5.60 | $350.00 | | 0 |
| Daniel R. Fogarty | Partner | Firm | 10/5/2005 | $325.00 | 339.20 | $325.00 | | 0 |
| Barbara A. Hart | Partner | Firm | 9/28/2001 | $325.00 | 47.90 | $325.00 | | 0 |
| B. Michael Bachman | Partner | Firm | 9/27/2005 | $300.00 | 1.30 | $300.00 | | 0 |
| Michael J. Hooi | Associate | Firm | 5/5/2009 | $240.00 | 35.70 | $240.00 | | 0 |
| Amanda E. Chazal | Associate | Firm | 9/28/2012 | $200.00 | 1.20 | $200.00 | | 0 |
| Mark F. Robens | Associate | Firm | 3/21/2014 | $190.00 | .10 | $190.00 | | 0 |
| Susan T. McKee | Paralegal | Firm | N/A | $190.00 | 16.50 | $190.00 | | 0 |
| Denise Clark | Legal Assistant | Firm | N/A | $125.00 | 9.70 | $125.00 | | 0 |

Case Name and Number: Scrub Island Development Group Limited, Case No. 8:13-bk-15285-MGW
Scrub Island Construction Limited, Case No. 8:13-bk-15286-MGW
Applicant's Name: Stichter, Riedel, Blain & Postler, P.A.
Date of Application: June 30, 2015
Interim or Final: Final

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

See, Guidelines ¶ C.8. for project category information.

| Project Category | Hours Budgeted [1] | Fees Budgeted [1] | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Analysis and Recovery | | | | |
| Asset Disposition | | | | |
| Assumption and Rejection of Leases and Contracts | | | | |
| Avoidance Action Analysis | | | | |
| Budgeting (Case) | | | | |
| Business Operations | | | 4.30 | $2,128.50 |
| Case Administration | | | 16.90 | $7,845.50 |
| Claims Administration and Objections | | | 2.40 | $876.00 |
| Corporate Governance and Board Matters | | | | |
| Employee Benefits and Pensions | | | | |
| Employment and Fee Applications | | | 30.30 | $10,806.00 |
| Employment and Fee Application Objections | | | 1.80 | $739.50 |
| Financing and Cash Collateral | | | 14.30 | $6,080.50 |
| Litigation: Contested Matters and Adversary Proceedings | | | | |
| Complaint for Preliminary Injunction | | | 15.0 | $7,316.00 |
| Complaint for Lender Liability | | | 55.90 | $24,090.50 |
| BVI Receivership Proceeding | | | .10 | $49.50 |
| Linares/Foster Complaint | | | .70 | $338.50 |
| FirstBank Mediation | | | 67.20 | $29,252.00 |
| Appellate Issues | | | 106.00 | $38,904.00 |
| Meetings and Communications with Creditors | | | 3.60 | $1782.00 |
| Non-Working Travel | | | | |
| Plan and Disclosure Statement | | | 864.30 | $368,328.00 |
| Post Confirmation Matters | | | 233.60 | $100,159.50 |
| Real Estate | | | | |
| Relief from Stay and Adequate Protection | | | 1.0 | $391.00 |
| Reporting | | | 6.20 | $2,153.50 |
| Tax | | | | |
| Valuation | | | .40 | $145.00 |
| **Total** | | | 1,424.00 | $601,385.50 |

Case Name and Number:    Scrub Island Development Group Limited, Case No. 8:13-bk-15285-MGW
                          Scrub Island Construction Limited, Case No. 8:13-bk-15286-MGW
Applicant's Name:         Stichter, Riedel, Blain & Postler, P.A.
Date of Application:      June 30, 2015
Interim or Final:         Final

---

[1] If Applicable

## EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

See, Guidelines ¶ C.12. for expense category information.

| Category | Amount |
|---|---|
| Copies | $3,857.55 |
| Outside Printing | |
| Telephone | $314.44 |
| Facsimile | |
| Online Research | $2,630.26 |
| Delivery Services/Couriers | |
| Overnight Courier | |
| Postage | $256.86 |
| Local Travel | |
| Out of Town Travel: | |
|    (a) Transportation | |
|    (b) Hotel | |
|    (c) Meals | |
|    (d) Ground Transportation | |
|    (e) Other (please specify) | |
| Meals (local) | |
| Court Fees | $193.00 |
| Subpoena Fees | |
| Witness Fees | |
| Deposition Transcripts | |
| Trial Transcripts | |
| Trial Exhibits | |
| Litigation Support Vendors | |
| Experts | |
| Investigators | |
| Arbitrators/Mediators | |
| Pacer Fees | $47.50 |
| | |
| **Total** | $7,299.61 |

Case Name and Number:  Scrub Island Development Group Limited, Case No. 8:13-bk-15285-MGW
                                    Scrub Island Construction Limited, Case No. 8:13-bk-15286-MGW
Applicant's Name:         Stichter, Riedel, Blain & Postler, P.A.
Date of Application:       June 30, 2015
Interim or Final:            Final

## EXHIBIT E

## SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| Name of applicant | Stichter, Riedel, Blain & Postler, P.A. |
| Name of client | Scrub Island Development Group Limited and Scrub Island Construction Limited |
| Time period covered by this application | November 1, 2014 through January 30, 2015 |
| Total compensation sought this period | $601,385.50 |
| Total expenses sought this period | $7,299.61 |
| Petition date | November 19, 2013 |
| Retention date | November 19, 2013 |
| Date of final order approving employment | January 2, 2014 |
| Total compensation approved by interim order to date | $1,264,603.50 |
| Total expenses approved by interim order to date | $12,624.75 |
| Total allowed compensation paid to date | $1,264,603.50 |
| Total allowed expenses paid to date | $12,624.75 |
| Blended rate in this application for all attorneys | $427.37 |
| Blended rate in this application for all timekeepers | $422.32 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 14 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 7 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

Case Name and Number:    Scrub Island Development Group Limited, Case No. 8:13-bk-15285-MGW
                         Scrub Island Construction Limited, Case No. 8:13-bk-15286-MGW
Applicant's Name:        Stichter, Riedel, Blain & Postler, P.A.
Date of Application:     June 30, 2015
Interim or Final:        Final