ORDERED.

Dated: July 28, 2015

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                         Chapter 11

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,                                    Case No. 8:13-bk-15285-MGW

                                                 Jointly Administered with

SCRUB ISLAND CONSTRUCTION
LIMITED,                                                  Case No. 8:13-bk-15286-MGW

      Debtors.
_____/

ORDER APPROVING FINAL APPLICATION
OF STICHTER, RIEDEL, BLAIN & POSTLER, P.A. FOR
ALLOWANCE AND PAYMENT OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS ATTORNEYS FOR THE DEBTORS

THIS CASE came on for consideration by the Court of the Final Application of Stichter, Riedel, Blain & Postler, P.A. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Debtors [Doc. No. 621] (the "**Final Application**")[1] and the Notice of Filing Additional Exhibits in Support of Final Application of Stichter, Riedel, Blain & Postler, P.A. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for

---

[1]    Unless otherwise indicated, capitalized terms used in this Order shall have the meaning ascribed to such terms in the Final Application.

1

the Debtors for the Period from November 1, 2014 through January 30, 2015 [Doc. No. 622], filed by Stichter, Riedel, Blain & Postler, P.A. ("**Stichter, Riedel**").

In the Final Application, Stichter, Riedel seeks the allowance of compensation in the total amount of $601,385.50 and itemized costs and expenses in the total amount of $7,299.61, for a total award of $608,685.11, for professional services rendered and itemized costs and expenses incurred by Stichter, Riedel on behalf of the Debtors for the period from November 1, 2014 through and including January 30, 2015 (the "**Final Application Period**"), for which period a fee application has not been previously filed.

Notice of the Final Application was provided on negative notice pursuant to Local Rule 2002-4. No objection to the Final Application was filed by any creditors of the Debtors or any party in interest in these cases.

The Court, having considered the Final Application and being otherwise fully advised in the premises, finds that due and sufficient notice of the Final Application (including the amount of professional fees and expenses sought) was provided to all parties in interest, and the Final Application conforms with the provisions of Title 11, United States Code, the Federal Rules of Bankruptcy Procedure, the local rules of practice for this Court, the guidelines of the Office of the United States Trustee, and the confirmed joint plan of reorganization in these cases. The Court also finds and concludes that the fees sought therein are fair and reasonable and should be allowed and paid in accordance with 11 U.S.C. §§ 330 and 503(b) to the extent set forth below. Specifically, the Court finds that the services rendered and the hours expended are reasonable and provided benefit to the Debtors' estates and that the costs and expenses incurred are reasonable and are subject to reimbursement. Based upon the foregoing, it is

**ORDERED**:

1. The Final Application is approved.

3

      2.      Stichter, Riedel is awarded (i) compensation in the amount of $601,385.50, which represents one hundred percent (100%) of the total fees incurred by Stichter, Riedel during the Final Application Period, and (ii) reimbursement of costs and expenses in the amount of $7,299.61, which represents one hundred percent (100%) of the costs and expenses incurred by Stichter, Riedel during the Final Application Period, for a total award (and administrative expense claim) of $608,685.11.

      3.      Upon entry of this Order, the Reorganized Debtors are authorized and directed to pay to Stichter, Riedel the amount of $608,685.11.

      4.      The Court retains jurisdiction to implement the terms of this Order

Charles A. Postler, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of this Order.