UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SCRUB ISLAND DEVELOPMENT GROUP LIMITED, | Case No. 8:13-bk-15285-MGW |
| | Jointly Administered with |
| SCRUB ISLAND CONSTRUCTION LIMITED, | Case No. 8:13-bk-15286-MGW |
| Debtors. _____/ | |
| SCRUB ISLAND CONSTRUCTION LIMITED, | Case No. 8:13-bk-15286-MGW |
| Applicable Debtor. _____/ | |

**DEBTOR'S POST-CONFIRMATION FINANCIAL REPORT FOR THE PERIOD OF JULY 1, 2015 THROUGH SEPTEMBER 30, 2015**

The Debtor hereby files its Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Daniel R. Fogarty
Charles A. Postler
Florida Bar No. 455318
Daniel R. Fogarty
Florida Bar No. 017532
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: cpostler@srbp.com
        dfogarty@srbp.com
Attorneys for Debtor

ATTACHMENT NO. 1

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Scrus Island Construction Limited

Case Number: 8:13-bk-15286-MGW

Quarter: beginning July 1, 2015 and ending September 30, 2015

Date of Plan Confirmation:

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| **CASH (Beginning of Period)** | $ 0.00 | $ 0.00 |
| **INCOME or RECEIPTS during the Period** | $ 0.00 | $ 0.00 |
| **TOTAL FUNDS AVAILABLE:** | $ 0.00 | $ 0.00 |

**DISBURSEMENTS**

a. Operating Expenses (Fees/Taxes):
 (i) U.S. Trustee Quarterly Fees
 (ii) Federal Taxes
 (iii) State Taxes
 (iv) Other Taxes

b. All Other Operating Expenses:

c. Plan Payments:
 (i) Administrative Claims
 (ii) Class One
 (iii) Class Two
 (iv) Class Three
 (v) Class Four
 (Attach additional pages as needed)

| | | |
|---|---|---|
| a. Operating Expenses | $ | $ |
| b. All Other Operating Expenses | $ | $ |
| c. Plan Payments | $ | $ |

**Total Disbursements (Operating & Plan)** $ 0.00  $ 0.00

**CASH (End of Period)** $ 0.00  $ 0.00

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcillation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | | | | |
| Account Number: | | NONE | | |
| Purpose of Account (Operating/Payroll/Tax) | | | | |
| Type of Account (e.g. checking) | | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Operating/Payroll/Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |